IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp. and Coram, Inc. and not individually, <br><br> Plaintiff, <br><br> v. <br><br> GENESIS INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:06-cv-00364-SLR |

## CERTIFICATION OF
## ACKNOWLEDGMENT AND ACCEPTANCE OF SERVICE OF COMPLAINT

I, Carmella P. Keener, hereby certify that (i) I have been engaged as counsel for Genesis Insurance Company, the above-captioned defendant (the "Defendant"), (ii) I have received a copy of the complaint filed by the plaintiff in the above-captioned civil action (the "Complaint"), (iii) I am authorized by the Defendant to acknowledge and accept service of the Complaint on behalf of the Defendant, and (iv) I do hereby acknowledge and accept service of the Complaint on behalf of the Defendant on this 12th day of June 2006. Genesis's agreement to accept service through counsel is expressly subject to the understanding that it reserves all of its defenses, including all defenses based on any defect in personal or subject matter jurisdiction.

**[SIGNATURE PAGE TO FOLLOW]**

ROSENTHAL, MONHAIT
& GODDESS, P.A.

By: *Carmella P. Keener*
Carmella P. Keener (#2810)
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433 (telephone)
(302) 658-7567 (facsimile)

Counsel for Genesis Insurance Company

Dated: June 12, 2006

OF COUNSEL

Lewis K. Loss, Esq.
Thomas J. Judge, Esq.
THOMPSON, LOSS & JUDGE, LLP
Suite M-200
1919 Pennsylvania Ave., NW
Washington, DC 20006
(202) 772-5170 (telephone)
(202) 772-5180 (facsimile)

2