IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp. and Coram, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>GENESIS INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 1:06-cv-00364-SLR |

## MOTION OF GENESIS INSURANCE COMPANY TO DISMISS OR STAY

Defendant Genesis Insurance Company hereby moves to dismiss or stay this action on the grounds set forth in the accompanying Opening Brief in Support of Defendant Genesis Insurance Company's Motion to Dismiss or Stay.

Dated: July 24, 2006

OF COUNSEL:

Lewis K. Loss
Thomas J. Judge
Thompson, Loss & Judge, LLP
1919 Pennsylvania Avenue, N.W.
Suite M-200
Washington, DC 20006-3458
(202) 772-5170

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com
*Attorneys for Defendant*
*Genesis Insurance Company*

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 24th day of July, 2006, I caused the **MOTION OF GENESIS INSURANCE COMPANY TO DISMISS OR STAY** to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

>Michael Jason Barrie, Esquire
>Schnader Harrison Segal & Lewis LLP
>824 N. Market Street, Suite 1001
>Wilmington, DE 19801

>/s/ Carmella P. Keener
>Carmella P. Keener (DSBA No. 2810)
>ROSENTHAL, MONHAIT & GODDESS, P.A.
>919 N. Market Street, Suite 1401
>P.O. Box 1070
>Wilmington, DE 19899-1070
>(302) 656-4433
>ckeener@rmgglaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp. and Coram, Inc., <br><br> Plaintiff, <br><br> v. <br><br> GENESIS INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 1:06-cv-00364-SLR |

### [PROPOSED] ORDER GRANTING THE MOTION OF GENESIS INSURANCE COMPANY TO DISMISS OR STAY

THIS COURT having considered the Motion of Genesis Insurance Company to Dismiss or Stay, and the Court, having considered all submissions related thereto,

IT IS ORDERED this _____ day of _____, 2006, that the Motion of Genesis Insurance Company is GRANTED.

IT IS FURTHER ORDERED that [this matter shall be dismissed in its entirety] [this matter shall be stayed pending resolution of the matter captioned Genesis Ins. Co. v. Crowley, et al., (Dist. Colo.) C.A. No. 05-WM-335 (PAC).]

_____
U.S.D.J.