IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp. and Coram, Inc. and not individually,<br><br>    Plaintiff,<br><br>  v.<br><br>GENESIS INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:06-cv-00364-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

---

### STIPULATION AND ORDER

---

  Plaintiff Arlin M. Adams, Chapter 11 Trustee (the "Trustee") of the bankruptcy estates of Coram Healthcare Corporation and Coram, Inc., and Defendant Genesis Insurance Company ("Genesis") hereby stipulate with respect to the briefing and affidavit schedule for Genesis' Motion to Dismiss and/or Stay (D.I. 4) as follows:

  1.  The Trustee shall serve and file the answering brief and accompanying affidavit(s) no later than August 14, 2006.

  2.  Genesis shall serve and file the reply brief and accompanying affidavit(s) no later than August 21, 2006.

**[SIGNATURE PAGE FOLLOWS]**

Dated: August 2, 2006

| SCHNADER HARRISON SEGAL<br>  & LEWIS LLP | ROSENTHAL, MONHAIT &<br>  GODDESS, P.A. |
|---|---|
| By: /s/ Michael J. Barrie<br>    Richard A. Barkasy (#4683)<br>    Michael J. Barrie (#4684)<br>    824 Market Street Mall, Suite 1001<br>    Wilmington, DE 19801<br>    (302) 888-4554 (telephone)<br>    (302) 888-1696 (facsimile) | By: /s/ Carmella P. Keener<br>    Carmella P. Keener (#2810)<br>    919 N. Market Street, Suite 1401<br>    Wilmington, DE 19801<br>    (302) 656-4433 (telephone)<br>    (302) 658-7567 (facsimile) |
| Counsel for Plaintiff Arlin M. Adams, Chapter 11 Trustee | Counsel for Defendant Genesis Insurance Company |
| OF COUNSEL: | OF COUNSEL: |
| Barry E. Bressler<br>Wilbur L. Kipnes<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103-7286<br>(215) 751-2000 (telephone)<br>(215) 751-2205 (facsimile) | Lewis K. Loss, Esq.<br>Thomas J. Judge, Esq.<br>Thompson, Loss & Judge, LLP<br>1919 Pennsylvania Ave., NW, Suite M-200<br>Washington, DC 20006<br>(202) 772-5170 (telephone)<br>(202) 772-5180 (facsimile) |

**SO ORDERED**, this ____ day of August, 2006.

_____
Sue L. Robinson, U.S.D.J.

# Schnader
ATTORNEYS AT LAW

824 N. MARKET STREET   SUITE 1001
WILMINGTON, DE 19801
302.888.4554   FAX 302.888.1696   schnader.com

August 2, 2006

Michael J. Barrie
Direct Dial 215-751-2529
Direct Fax 215-972-7669
E-mail: mbarrie@schnader.com

Honorable Sue L. Robinson
United States District Court
   for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 6124
Lockbox 31
Wilmington, DE 19801

**VIA UPS NEXT DAY AIR
AND CM/ECF FILING**

RE:   *Adams v. Genesis Insurance Company,*
**Case No. 06-CV-00364-SLR**

Dear Judge Robinson:

      We represent Plaintiff Arlin M. Adams, Chapter 11 Trustee of the bankruptcy estates of Coram Healthcare Corporation and Coram, Inc. ("Trustee"), in the above-referenced case. On July 24, 2006, Defendant Genesis Insurance Company ("Genesis") filed its motion to dismiss or stay the case (the "Motion"). The answering and reply briefs to the Motion are currently due on August 7 and 14, 2006, respectively, per D. Del. LR 7.1.2.(a). At the request of counsel for Genesis, the Trustee has agreed, subject to approval by the Court, to extend the deadline by which the parties must file their answering and reply briefs until August 14 and 21, 2006, respectively. The enclosed Stipulation and Order, a copy of which was electronically filed today of record, sets forth these terms.

      Counsel are available to answer any questions the Court may have regarding the Stipulation and Order.

Respectfully,

*[signature]*

Michael J. Barrie
For SCHNADER HARRISON SEGAL & LEWIS LLP

Enclosure

cc:   Richard A. Barkasy, Esquire
       Barry E. Bressler, Esquire
       Wilbur L. Kipnes, Esquire
       Thomas J. Judge, Esquire
       Carmella P. Keener, Esquire