IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp. and Coram, Inc., <br><br> Plaintiff, <br><br> v. <br><br> GENESIS INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 1:06-cv-00364-SLR |

**APPLICATION FOR ORAL ARGUMENT
PURSUANT TO D. DEL. LOC. R. 7.1.4**

PLEASE TAKE NOTICE that defendant Genesis Insurance Company hereby applies for oral argument, pursuant to D. Del. Loc. R. 7.1.4, on its Motion to Dismiss or Stay (D.I. 4).

Dated: August 21, 2006

OF COUNSEL:

Lewis K. Loss
Thomas J. Judge
Thompson, Loss & Judge, LLP
1919 Pennsylvania Avenue, N.W.
Suite M-200
Washington, DC 20006-3458
(202) 772-5170

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com
*Attorneys for Defendant
Genesis Insurance Company*

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 21st day of August, 2006, I caused the **APPLICATION FOR ORAL ARGUMENT PURSUANT TO D. DEL. LOC. R. 7.1.4** to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

>Michael Jason Barrie, Esquire
>Schnader Harrison Segal & Lewis LLP
>824 N. Market Street, Suite 1001
>Wilmington, DE  19801

>/s/ Carmella P. Keener
>Carmella P. Keener (DSBA No. 2810)
>ROSENTHAL, MONHAIT & GODDESS, P.A.
>919 N. Market Street, Suite 1401
>P.O. Box 1070
>Wilmington, DE  19899-1070
>(302) 656-4433
>ckeener@rmgglaw.com