IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ARLIN M. ADAMS, as Chapter 11<br>Trustee of the Bankruptcy Estates of<br>Coram Healthcare Corp. and Coram, Inc.<br>and not individually,<br><br>Plaintiff,<br><br>v.<br><br>GENESIS INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:06-cv-00364-SLR<br><br>JURY TRIAL DEMANDED |

---

**SUPPLEMENT TO BRIEF IN OPPOSITION TO GENESIS
INSURANCE COMPANY'S MOTION TO DISMISS OR STAY**

---

Richard A. Barkasy (#4683)
Michael J. Barrie (#4684)
SCHNADER HARRISON SEGAL
   & LEWIS LLP
824 N. Market Street, Suite 1001
Wilmington, DE  19801
 (302) 888-4554 (telephone)
 (302) 888-1696 (facsimile)

OF COUNSEL:

Barry E. Bressler
Wilbur L. Kipnes
SCHNADER HARRISON SEGAL
   & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA, 19103-7286
(215) 751-2000 (telephone)
(215) 751-2205 (facsimile)

*Counsel for Plaintiff,*
*Arlin M. Adams, Chapter 11 Trustee*
*of the Bankruptcy Estates of Coram Healthcare Corp. and Coram, Inc.*

Plaintiff, Arlin M. Adams, Chapter 11 Trustee of the bankruptcy estates of Coram Healthcare Corporation and Coram, Inc. (the "Trustee"), hereby submits this supplement to his Brief in Opposition to Genesis Insurance Company's ("Genesis") Motion to Dismiss or Stay (the "Motion") to advise the Court of a new development in the Colorado Action[1] that is highly relevant to the Motion.

On August 29, 2006, counsel for Defendant Genesis Insurance Company ("Genesis") advised counsel for the Trustee, for the first time, that it is Genesis' position that the underlying claims pending against Daniel D. Crowley ("Crowley") in the D&O Action in this Court must be tried before certain of the issues raised by Genesis in the Colorado Action relating to insurance coverage for the Trustee's claims against Crowley are decided. Genesis may not proceed with a declaratory judgment action if it would prejudice its insured in the underlying action. *See Constitution Assoc. v. Connecticut General Life Ins. Co.*, 930 P.2d 556 (Colo. 1996); *Hartford Ins. Co. v. District Court*, 625 P.2d 1013 (Colo. 1981).

Genesis' recent concession that the Colorado Action cannot be fully and finally litigated until after the trial of the underlying D&O Action in this Court is at odds with its assertion that this case should be dismissed in favor of the Colorado Action because the "Colorado Action is moving rapidly toward trial." (D.I. 6, p. 6.) Unlike the Colorado Action, this case does not include any claims relating to Crowley, but rather seeks payment of the amount of the Trustee's settlement with Coram's Outside Directors only. Thus, unlike the Colorado Action, this matter will not have to be stayed pending the trial in the D&O Action. Under these circumstances, it is clearly more expeditious to

---

[1] Unless otherwise defined herein all capitalized terms shall have the same meanings ascribed to them in the Trustee's Brief in Opposition to Genesis Insurance Company's Motion to Dismiss or Stay (D.I. 7.)

CHDATA 36989_1

adjudicate the Trustee's claims against Genesis relating to the Trustee's settlement with

the Outside Directors in this case.

Dated: September 15, 2006                              Respectfully submitted,


                                                       _/s/ Michael J. Barrie_____
                                                       Richard A. Barkasy (#4683)
                                                       Michael J. Barrie (#4684)
                                                       SCHNADER HARRISON SEGAL
                                                            & LEWIS LLP
                                                       824 N. Market Street, Suite 1001
                                                       Wilmington, DE  19801
                                                       Telephone: (302) 888-4554
                                                       Facsimile:  (302) 888-1696

                                                       *Attorneys for Plaintiff,*
                                                       *Arlin M. Adams, as Chapter 11*
                                                       *Trustee of the Bankruptcy Estates of*
                                                       *Coram Healthcare Corporation and*
                                                       *Coram, Inc.*

OF COUNSEL:

Barry E. Bressler
Wilbur L. Kipnes
SCHNADER HARRISON SEGAL
     & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA, 19103-7286
Telephone: (215) 751-2000
Facsimile: (215) 751-2205

CHDATA 36989_1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp. and Coram, Inc. and not individually, | ) ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| GENESIS INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

Civil Action No. 1:06-cv-00364-SLR

JURY TRIAL DEMANDED

### CERTIFICATE OF SERVICE

I, Michael J. Barrie, certify that I am not less than 18 years of age and that on September 15, 2006, I caused to be electronically filed with the Court the Supplement to Brief In Opposition to Genesis Insurance Company's Motion to Dismiss or Stay using CM/ECF, which will send notification of such filing to the following:

Carmella P. Keener, Esq.
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market St., Suite 1401
Citizens Bank Center
Wilmington, DE 19801

Dated:  September 15, 2006

SCHNADER HARRISON SEGAL
& LEWIS LLP

By:   /s/ Michael J. Barrie
        Michael J. Barrie (#4684)
        824 Market St., Suite 1001
        Wilmington, Delaware 19801
        (302) 888-4554 (telephone)
        (302) 888-1696 (facsimile)