IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp. and Coram, Inc. and not individually,<br><br>Plaintiff,<br><br>v.<br><br>GENESIS INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:06-cv-00364-SLR<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Wilbur L. Kipnes, Esquire to represent Plaintiff Arlin M. Adams in this matter.

Date: September 15, 2006

/s/ Michael J. Barrie
Richard A. Barkasy (#4683)
Michael J. Barrie (#4684)
SCHNADER HARRISON SEGAL
    & LEWIS LLP
824 N. Market Street, Suite 1001
Wilmington, DE  19801
(302) 888-4554

Counsel for Arlin M. Adams,
Chapter 11 Trustee

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* is granted.

Date:_____

_____
Sue L. Robinson, C.U.S.D.J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the United States Courts of Appeals for the Third Circuit and the District of Columbia, the United States District Courts for the Eastern and Middle Districts of Pennsylvania and the District of Colorado, and the Supreme Court of the Commonwealth of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: September 15, 2006

*Wilbur L. Kipnes*
Wilbur L. Kipnes
SCHNADER HARRISON SEGAL
    & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
(215) 751-2000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp. and Coram, Inc. and not individually,<br><br>    Plaintiff,<br><br>v.<br><br>GENESIS INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:06-cv-00364-SLR<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

  I, Michael J. Barrie, certify that I am not less than 18 years of age and that on September 15, 2006, I caused to be electronically filed with the Court (i) the Motion and Order for Admission *Pro Hac Vice* of Barry E. Bressler, Esquire, and (ii) the Motion and Order for Admission *Pro Hac Vice* of Wilbur L. Kipnes, Esquire, using CM/ECF, which will send notification of such filings to the following:

  Carmella P. Keener, Esq.
  ROSENTHAL, MONHAIT & GODDESS, P.A.
  919 N. Market St., Suite 1401
  Citizens Bank Center
  Wilmington, DE 19801

Dated: September 15, 2006      SCHNADER HARRISON SEGAL
                  & LEWIS LLP

                 By: /s/ Michael J. Barrie
                   Michael J. Barrie (#4684)
                   824 Market St., Suite 1001
                   Wilmington, Delaware 19801
                   (302) 888-4554 (telephone)
                   (302) 888-1696 (facsimile)