IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ARLIN M. ADAMS, as Chapter 11        )
Trustee of the Bankruptcy Estates of )
Coram Healthcare Corp. and Coram, Inc., )
                                     )
            Plaintiff,               )
                                     )
      v.                             )        Civil Action No. 1:06-cv-00364-SLR
                                     )
GENESIS INSURANCE COMPANY,           )
                                     )
            Defendant.               )

## **NOTICE OF CHANGE OF LAW FIRM ADDRESS**

To:   Michael Jason Barrie, Esquire
      Schnader Harrison Segal & Lewis LLP
      824 Market Street
      Suite 1001
      Wilmington, DE 19801

      PLEASE TAKE NOTICE that the offices of Thompson, Loss & Judge, LLP have

moved their location effective October 1, 2006. The firm address is as follows:

            Thompson, Loss & Judge, LLP
            Two Lafayette Centre
            1133 21st Street, NW
            Suite 450
            Washington, DC 20036
            Telephone: (202) 778-4060
            Facsimile: (202) 778-4099

Dated: September 28, 2006

OF COUNSEL
Thomas J. Judge
Samuel L. Hendrix
THOMPSON, LOSS & JUDGE, LLP
1133 21st Street, NW
Suite 450
Washington, DC  20036
(202) 778-4060

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 Market Street, Suite 1401
Citizens Bank Center
Wilmington, Delaware 19801
(302) 656-4433
ckeener@rmgglaw.com
*Attorneys for Defendant*
*Genesis Insurance Company*

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, Esquire, hereby certify that on September 28, 2006, I caused to be electronically filed with the Clerk of the Court **NOTICE OF CHANGE OF LAW FIRM ADDRESS** using CM/ECF, which will send notification of such filing to the following:

Michael Jason Barrie, Esquire
Schnader Harrison Segal & Lewis LLP
824 Market Street
Suite 1001
Wilmington, DE 19801

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
Citizens Bank Center
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com
*Attorneys for Defendant*
*Genesis Insurance Company*