IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp. and Coram, Inc., <br><br> Plaintiff, <br><br> v. <br><br> GENESIS INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:06-cv-00364-SLR |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Thomas J. Judge, Esquire to represent Defendant Genesis Insurance Company in this matter.

Date: October 25, 2006     /s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
*Attorneys for Defendant*
*Genesis Insurance Company*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____     _____
                                     U.S.D.J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Maryland Court of Appeals, the District of Columbia Court of Appeals, the United States Circuit Court of Appeals for the District of Columbia, the United States District Court for the District of Columbia, the United States District Court for the District of Maryland, the United States District Court for the Northern District of Illinois, and the United States District Court for the District of Colorado, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: October 2, 2006

Thomas J. Judge
THOMPSON, LOSS & JUDGE, LLP
Two Lafayette Centre
1133 21st Street, NW
Suite 450
Washington, DC  20036
(202) 778-4060

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 25th day of October, 2006, I caused the **MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF THOMAS J. JUDGE** to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

> Michael Jason Barrie, Esquire
> Schnader Harrison Segal & Lewis LLP
> 824 N. Market Street, Suite 1001
> Wilmington, DE 19801

>                     /s/ Carmella P. Keener
>                     Carmella P. Keener (DSBA No. 2810)
>                     ROSENTHAL, MONHAIT & GODDESS, P.A.
>                     919 N. Market Street, Suite 1401
>                     P.O. Box 1070
>                     Wilmington, DE 19899-1070
>                     (302) 656-4433
>                     ckeener@rmgglaw.com