IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp. and Coram, Inc., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:06-cv-00364-SLR |
| GENESIS INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## **STATUS REPORT REGARDING COLORADO COVERAGE ACTION**

Plaintiff Arlin M. Adams (the "Trustee") brought this action seeking coverage under a directors and officers liability policy for a settlement in an underlying action, captioned *Arlin M. Adams v. Daniel D. Crowley, et al.*, No. 04-1565 (D. Del.) (the "Trustee Action"). Defendant Genesis Insurance Company ("Genesis") filed a motion to dismiss or stay (D.I. 4) this coverage action in favor of a prior pending coverage action before the United States District Court for the District of Colorado, captioned *Genesis Insurance Co. v. Daniel D. Crowley, et al.*, No. 05-cv-00335-WDM-PAC (D. Colo.) (the "Colorado Coverage Action"). This is a report on the status of the Colorado Coverage Action.

In the parties' briefs submitted in connection with the motion to dismiss or stay this case (D.I. 4-5, 7-8), reference was made to plaintiff Arlin M. Adams (the "Trustee") having filed a motion to transfer the Colorado Coverage Action to this Court. On February 1, 2007, the federal court in Colorado denied the Trustee's motion to transfer. A copy of the order denying the motion to transfer is attached hereto as Exhibit 1. Furthermore, the parties have filed and fully briefed motions for summary judgment in the Colorado Coverage Action. Included amongst

those motions is Genesis's motion for partial summary judgment with respect to coverage for the

settlement in the Trustee Action. In addition, in the Colorado Coverage Action, both Genesis

and the Trustee have designated experts, submitted expert reports, and conducted expert

discovery in regard to the reasonableness of the Trustee Action settlement. A final pretrial

conference in the Colorado Coverage Action is scheduled for February 21, 2007. A copy of the

docket report for the Colorado Coverage Action is attached hereto as Exhibit 2.

Dated this 12th day of February 2007.

> Respectfully Submitted,
>
> ___/s/ Carmella P. Keener___
> Carmella P. Keener (DSBA No. 2810)
> ROSENTHAL, MONHAIT &
> GODDESS, P.A.
> 919 Market Street, Suite 1401
> Wilmington, Delaware 19801
> 302-656-4433
> ckeener@rmgglaw.com
>
> *Attorneys for Defendant*
> *Genesis Insurance Company*

Of Counsel:

Lewis K. Loss
Thomas J. Judge
Thompson, Loss & Judge, LLP
Two Lafayette Centre
1133 21st Street, NW
Suite 450
Washington, D.C. 20036
202- 778-4060

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 12th day of February, 2007, I caused the

**STATUS REPORT REGARDING COLORADO COVERAGE ACTION** to be

electronically filed with the Clerk of Court using CM/ECF, which will send notification of such

filing to the following:

> Michael Jason Barrie, Esquire
> Schnader Harrison Segal & Lewis LLP
> 824 N. Market Street, Suite 1001
> Wilmington, DE 19801

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00335-WDM-PAC

GENESIS INSURANCE COMPANY, a Connecticut corporation

    Plaintiff and Counter-Defendant,

v.

DANIEL D. CROWLEY

    Defendant,

ARLIN M. ADAMS, Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corporation and Coram, Inc.

    Defendant and Counter-Claimant.

## ORDER ON MOTIONS TO TRANSFER

Miller, J.

    This matter is before the court on the Motion of Arlin M. Adams, Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corporation and Coram, Inc. For Change of Venue to the District of Delaware (doc no 91) ("Motion to Transfer"). Defendant Daniel D. Crowley ("Crowley") joins the motion. Plaintiff opposes the motion. I note also that Crowley's Motion for Change of Venue Pursuant to 28 U.S.C. § 1404(a) (doc no 51) is pending, although it was superseded by Trustee's motion and is moot. After a review of the pleadings and the parties' written arguments, I conclude oral argument is not required. For the reasons that follow, the Motion to Transfer is denied.

## Background

This case has its origins in the bankruptcy proceedings of two entities, Coram Healthcare Corporation and its wholly owned subsidiary, Coram, Inc. (collectively "Coram"), in the United States Bankruptcy Court for the District of Delaware. The Coram entities are incorporated in Delaware but headquartered in Colorado. Crowley is the former CEO and Chairman of Coram. Defendant Arlin M. Adams is the Trustee of the bankruptcy estates of Coram ("Trustee"). In connection with the reorganization of Coram, Trustee filed an action against Crowley and several other defendants, all outside directors of Coram (the "Outside Directors"), in the United States District Court for the District of Delaware, alleging that the defendants had breached their fiduciary duties to Coram (the "Underlying Lawsuit"). Crowley and the Outside Directors sought coverage for the defense of the Underlying Lawsuit on a Directors' and Officers' Liability Policy purchased by Coram from Plaintiff Genesis Insurance Company ("Genesis"). Genesis then filed this action against Crowley and the Outside Directors seeking a declaration that the policy does not provide coverage for the claims asserted by Trustee in the Underlying Lawsuit.

The Outside Directors thereafter settled with Trustee in the Underlying Lawsuit and Trustee was substituted for the Outside Directors in this action. Trustee has also filed another lawsuit in Delaware against Genesis based its refusal to cover Trustee's settlement with the Outside Directors. Trustee has filed the instant motion seeking to transfer this case to the District of Delaware pursuant to 28 U.S.C. § 1404(a).

## Discussion

Section 1404(a) provides: "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). The party moving to transfer a case pursuant to section 1404(a) bears the burden of establishing that the existing forum is inconvenient. *Chrysler Credit Corp. v. Country Chrysler, Inc.*, 928 F.2d 1509, 1515 (10th Cir. 1991) (citations omitted). Motions to transfer pursuant to this provision should be determined according to an "individualized, case-by-case consideration of convenience and fairness." *Id.* at 1516 (citations omitted). Among the factors a district court should consider are the following:

> the plaintiff's choice of forum; the accessibility of witnesses and other sources of proof, including the availability of compulsory process to insure attendance of witnesses; the cost of making the necessary proof; questions as to the enforceability of a judgment if one is obtained; relative advantages and obstacles to a fair trial; difficulties that may arise from congested dockets; the possibility of the existence of questions arising in the area of conflict of laws; the advantage of having a local court determine questions of local law; and, all other considerations of a practical nature that make a trial easy, expeditious and economical.

*Id.* (citing *Texas Gulf Sulphur Co. v. Ritter*, 371 F.2d 145, 147 (10th Cir.1967)). An action may be transferred under section 1404(a) at any time. *Id.*

Although a plaintiff's choice of forum is given deference, where that forum is not the plaintiff's residence, it is given less weight. *Ervin & Assoc., Inc. v. Cisneros*, 939 F. Supp. 793, 799 (D. Colo. 1996). Nonetheless, "unless the balance is strongly in favor of the movant the plaintiff's choice of forum should rarely be disturbed." *Scheidt v. Klein*, 956 F.2d 963, 965 (10th Cir. 1992).

3

The parties apparently do not dispute that this case could have been filed in the District of Delaware and that analysis under section 1404(a) is thus appropriate. In support of his motion, Trustee argues that none of the parties are residents of Colorado, that Trustee is 85 years old and lives near the Delaware District Court, that litigating this action in Delaware would be more convenient for him and for Genesis, which is a resident of Connecticut,[1] that the witnesses disclosed by Genesis are not located in Colorado and are outside the subpoena power of this Court, that many of the relevant documents are in Trustee's office near Delaware, that the Coram entities are Delaware corporations, that the interests of justice weigh in favor of transfer to Delaware because it is the venue for the Underlying Lawsuit and the second coverage lawsuit filed by Trustee, and that there is a close nexus between this case and the bankruptcy proceedings, also sited in Delaware. Crowley adds that it has been a significant burden for him to litigate in both Colorado and Delaware and that numerous efficiencies would result from combining the related cases.

In response, Plaintiff contends that the motion is untimely and that Colorado substantive law will apply to the coverage dispute, making Colorado an appropriate forum. Plaintiff further argues that the issues in this case are distinct from those in the Underlying Lawsuit and that Colorado has a significant connection to the management decisions and events giving rise to all of these related actions.

Applying the factors identified in *Chrysler Credit Corp.*, I do not find that the concerns identified by Trustee and Crowley tip the balance in their favor such that they

---

[1] I take notice that third party defendant National Union Fire Insurance Co. of Pittsburgh, Pa. has been dismissed from this action and so its convenience is not a factor in my analysis.

4

should override the Plaintiff's choice of this forum, even if Plaintiff is not a resident of

Colorado. The Plaintiff has chosen this forum for valid reasons, which weighs against

transferring the case. In addition, although I take due notice of Trustee's age and the

convenience that litigation in Delaware would afford him, it does not appear that any other

parties or witnesses would be significantly more inconvenienced by continuing these

proceedings in Colorado rather than Delaware, since none appear to be residents of

Delaware.[2] I also take note that Crowley has been inconvenienced by litigating in at least

two states; however, much of the cost and expense appears to be the result of the

multiplicity of lawsuits, all of which are in different stages of litigation, not simply because

this case was filed in Colorado. In addition, although Trustee has stated that the Outside

Directors are outside of the subpoena power of this Court, he has not shown that he will

be unable to secure the attendance of these witnesses unless the case is transferred.

Similarly, the location of the evidence does not appear to have been unduly inconvenient

as fact discovery is complete at this time and the parties have begun briefing dispositive

motions.

Finally, the pendency of the related litigation in Delaware does not alter my

analysis. While some efficiencies could result if the case were transferred and

consolidated with the Underlying Lawsuit (and consolidation is not guaranteed), a

comparison of the complaints of the two actions indicates that the issues to be litigated are

distinct. The focus of this case is contract interpretation, in particular whether the events

---

[2]Although the Outside Directors indicate their support for Trustee's motion, I
observe that they previously averred to the Delaware court in the Underlying Lawsuit
that litigating in Colorado would be more convenient for them.

at issue are covered despite the alleged expiration of the policy and the scope of various contract terms contained in the policy. While determination of these matters may overlap with some of the factual issues in the Underlying Lawsuit, which concerns the propriety of the actions taken by Crowley and the Outside Directors, the legal and factual issues are largely separate. I do not find that the second coverage action bears on the transfer request as it was filed after this case was commenced. Moreover, that Colorado law is the substantive law governing the policy's interpretation, which Trustee apparently does not does not dispute, weighs against transfer.

Accordingly, it is ordered:

1.    The Motion to Transfer (doc no 91) is denied.

2.    The Motion for Change of Venue (doc no 51) is denied as moot.

DATED at Denver, Colorado, on February 1, 2007

BY THE COURT:

s/ Walker D. Miller
United States District Judge

6

# EXHIBIT 2

CM/ECF - U.S. District Court:cod - Docket Report                                    Page 1 of 27

NDISPO

# U.S. District Court
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00335-WDM-PAC

Genesis Insurance Company v. Crowley et al          Date Filed: 02/23/2005
Assigned to: Judge Walker D. Miller                 Jury Demand: Defendant
Referred to: Magistrate Judge Patricia A. Coan      Nature of Suit: 110 Insurance
Cause: 28:1332 Diversity-Insurance Contract         Jurisdiction: Diversity

**Plaintiff**

**Genesis Insurance Company**              represented by **Daniel James Standish**
*a Connecticut corporation*                             Wiley Rein, LLP
                                                        1776 K Street, N.W.
                                                        Washington, DC 20006
                                                        202-719-7000
                                                        Fax: 202-719-7049
                                                        Email: dstandish@wileyrein.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Doran Lee Matzke**
                                                        Sherman & Howard, L.L.C.-Denver
                                                        633 Seventeenth Street
                                                        #3000
                                                        Denver, CO 80202
                                                        303-299-8302
                                                        Fax: 303-298-0940
                                                        Email: dmatzke@sah.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Elliot Remsen Peters**
                                                        Keker & Van Nest, LLP
                                                        710 Sansome Street
                                                        San Francisco, CA 94111-1704
                                                        415-391-5400
                                                        Fax: 397-7188
                                                        Email: erp@kvn.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jason P. Cronic**
                                                        Wiley Rein, LLP
                                                        1776 K Street, N.W.
                                                        Washington, DC 20006
                                                        202-719-7000
                                                        Fax: 202-719-7049

Email: jcronic@wileyrein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leanne B. De Vos**
Sherman & Howard, L.L.C.-Denver
633 Seventeenth Street
#3000
Denver, CO 80202
303-299-8418
Fax: 303-298-0940
Email: ldevos@sah.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lewis Kleiman Loss**
Thompson, Loss & Judge, LLP
Two Lafayette Centre
1133 21st Street, NW
#540
Washington, DC 20036
202-772-5172
Fax: 202-772-5180
Email: lloss@tljlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J. Judge**
Thompson, Loss & Judge, LLP
Two Lafayette Centre
1133 21st Street, NW
#540
Washington, DC 20036
202-772-5170
Fax: 202-772-5180
Email: tjudge@tljlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Albert Dame**
Wiley Rein, LLP
1776 K Street, N.W.
Washington, DC 20006
202-719-7000
Fax: 202-719-7049
Email: pdame@wileyrein.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Daniel D. Crowley**                  represented by   **Elliot Remsen Peters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janet Stansberry Drake**
Colorado Attorney General's Office-Criminal
Justice Sec
1525 Sherman Street
Floor 7
Denver, CO 80203
303-866-5873
Email: janet.drake@state.co.us
*TERMINATED: 06/20/2006*
*LEAD ATTORNEY*

**Meghan Frei Berglind**
Brownstein Hyatt Farber Schreck, P.C.
410 17th Street
#2200
Denver, CO 80202-4437
303-223-1146
Fax: 303-223-0946
Email: mberglind@bhfs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Alexander Kahn**
Brownstein Hyatt Farber Schreck, P.C.
410 17th Street
#2200
Denver, CO 80202-4437
303-223-1100
Fax: 303-223-1111
Email: bkahn@bhfs.com
*ATTORNEY TO BE NOTICED*

**Jonathan George Pray**
Brownstein Hyatt Farber Schreck, P.C.
410 17th Street
#2200
Denver, CO 80202-4437
303-223-1100
Fax: 303-223-1111
Email: jpray@bhfs.com
*TERMINATED: 06/19/2006*

**Stanley L. Garnett**
Brownstein Hyatt Farber Schreck, P.C.

410 17th Street
#2200
Denver, CO 80202-4437
303-223-1100
Fax: 303-223-1111
Email: sgarnett@bhfs.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Donald J. Amaral**                    represented by  **Bruce A. Featherstone**
*TERMINATED: 06/22/2006*                                Featherstone Petrie DeSisto LLP
                                                        600 Seventeenth Street
                                                        #2400
                                                        Denver, CO 80202
                                                        303-626-7125
                                                        Fax: 303-626-7101
                                                        Email: bfeatherstone@featherstonelaw.com
                                                        *LEAD ATTORNEY*

**Defendant**

**William J. Casey**                    represented by  **Bruce A. Featherstone**
*TERMINATED: 06/22/2006*                                (See above for address)
                                                        *LEAD ATTORNEY*

**Defendant**

**L. Peter Smith**                      represented by  **Bruce A. Featherstone**
*TERMINATED: 06/22/2006*                                (See above for address)
                                                        *LEAD ATTORNEY*

**Defendant**

**Sandra L. Smoley**                    represented by  **Bruce A. Featherstone**
*TERMINATED: 06/22/2006*                                (See above for address)
                                                        *LEAD ATTORNEY*

**Debtor-in-Possess**

**Arlin M. Adams**                      represented by  **Matthew John Rita**
*Chapter 11 Trustee of the Post-Confirmation*            Holme, Roberts & Owen, LLP-Denver
*Bankruptcy Estates of Coram Healthcare*                 1700 Lincoln Street
*Corporation and Coram, Inc.*                            #4100
                                                        Denver, CO 80203-4541
                                                        303-866-0536
                                                        Fax: 303-866-0200
                                                        Email: matt.rita@hro.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael James Hofmann**
                                                        Holme, Roberts & Owen, LLP-Denver
                                                        1700 Lincoln Street
                                                        #4100

Denver, CO 80203-4541
303-866-0257
Fax: 303-866-0200
Email: michael.hofmann@hro.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Daniel D. Crowley**                      represented by **Elliot Remsen Peters**
*TERMINATED: 10/20/2006*                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Janet Stansberry Drake**
                                                            (See above for address)
                                                            *TERMINATED: 06/20/2006*
                                                            *LEAD ATTORNEY*

                                                            **Jonathan George Pray**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Meghan Frei Berglind**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Stanley L. Garnett**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Benjamin Alexander Kahn**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**

**National Union Fire Insurance Company**    represented by **William Lee Senter**
*TERMINATED: 10/20/2006*                                    Senter, Goldfarb & Rice, LLC
                                                            1700 Broadway
                                                            #1700
                                                            Denver, CO 80290
                                                            303-320-0509
                                                            Fax: 303-320-0210
                                                            Email: wsenter@sgrllc.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Donald J. Amaral**                          represented by   **Bruce A. Featherstone**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*


**Counter Claimant**

**William J. Casey**                          represented by   **Bruce A. Featherstone**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*


**Counter Claimant**

**L. Peter Smith**                            represented by   **Bruce A. Featherstone**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*


**Counter Claimant**

**Sandra L. Smoley**                          represented by   **Bruce A. Featherstone**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*


V.

**Counter Defendant**

**Genesis Insurance Company**                 represented by   **Daniel James Standish**
*a Connecticut corporation*                                   (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Doran Lee Matzke**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Elliot Remsen Peters**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jason P. Cronic**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Lewis Kleiman Loss**
                                                              (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J. Judge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leanne B. De Vos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Albert Dame**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 02/23/2005 | 1 | COMPLAINT for Declaratory Judgment against all defendants (Filing fee $ 250 #258343.) , filed by Genesis Insurance Company.(bpm, ) (Entered: 02/24/2005) |
| 02/23/2005 |   | Summons Issued as to Daniel D. Crowley, Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley. (bpm, ) (Entered: 02/24/2005) |
| 02/23/2005 | 2 | Plaintiff's Corporate Disclosure STATEMENT re [1] Complaint by Plaintiff Genesis Insurance Company. (bpm, ) (Entered: 02/24/2005) |
| 03/21/2005 | 3 | WAIVER OF SERVICE Returned Executed by Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley. Donald J. Amaral waiver sent on 3/21/2005, answer due 5/20/2005; William J. Casey waiver sent on 3/21/2005, answer due 5/20/2005; L. Peter Smith waiver sent on 3/21/2005, answer due 5/20/2005; Sandra L. Smoley waiver sent on 3/21/2005, answer due 5/20/2005 [waiver sent date incomplete, filing date inserted] (dlb, ) (Entered: 03/23/2005) |
| 03/21/2005 | 4 | WAIVER OF SERVICE Returned Executed by Daniel D. Crowley. Daniel D. Crowley waiver sent on 3/7/2005, answer due 5/6/2005. (dlb, ) (Entered: 03/23/2005) |
| 04/29/2005 | 5 | Joint MOTION for Extension of Time to File Answer to 6/1/05 [1] Complaint by Plaintiff Genesis Insurance Company, Defendants Daniel D. Crowley, Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley. (dlb, ) (Entered: 05/02/2005) |
| 05/03/2005 | 6 | ORDER REFERRING CASE to Magistrate Judge Patricia A. Coan by Judge Miller. (dlb, ) (Entered: 05/04/2005) |
| 05/03/2005 | 7 | MEMORANDUM referring to Magistrate Judge Coan : [5] Joint MOTION for Extension of Time to File Answer to 6/1/05 [1] Complaint by Plaintiff Genesis Insurance Company, Defendants Daniel D. Crowley, Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley by Judge Walker D. Miller on 5/3/05. (dlb, ) (Entered: 05/04/2005) |
| 05/12/2005 | 8 | ORDER setting Scheduling/Planning Conference set for 6/21/2005 08:30 AM in |

| | | |
|---|---|---|
| | | Courtroom A 501 before Magistrate Judge Patricia A. Coan. Signed by Magistrate Judge Patricia A. Coan on 5/12/05. (dlb, ) (Entered: 05/13/2005) |
| 05/12/2005 | 9 | MINUTE ORDER granting [5] Joint MOTION for Extension of Time to File Answer to 6/1/05 [1] Complaint by Plaintiff Genesis Insurance Company, Defendants Daniel D. Crowley, Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley by Magistrate Judge Patricia A. Coan on 5/12/05. (dlb, ) (Entered: 05/13/2005) |
| 05/27/2005 | 10 | Unopposed MOTION for Extension of Time to File Answer to 6/13/05 re [1] Complaint by "Outside Defendants", Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley. (dlb, ) (Entered: 05/31/2005) |
| 05/31/2005 | 11 | MEMORANDUM referring to Magistrate Judge Coan : [10] Unopposed MOTION for Extension of Time to File Answer to 6/13/05 re [1] Complaint by "Outside Defendants", Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley by Judge Walker D. Miller on 5/31/05. (dlb, ) (Entered: 06/01/2005) |
| 06/01/2005 | 12 | THIRD PARTY COMPLAINT for Declaratory Judgment against National Union Fire Insurance Company , filed by Daniel D. Crowley.(dlb, ) (Entered: 06/02/2005) |
| 06/01/2005 | 13 | ANSWER to Complaint with Jury Demand by Daniel D. Crowley.(dlb, ) (Entered: 06/02/2005) |
| 06/02/2005 | 14 | Submission of Exhibits to [12] THIRD PARTY COMPLAINT for Declaratory Judgment and Jury Demand against National Union Fire Insurance Company, filed by Daniel D. Crowley. (dlb, ) (Entered: 06/03/2005) |
| 06/06/2005 | 15 | ORDER granting [10] Unopposed MOTION for Extension of Time to File Answer to 6/13/05 re [1] Complaint by "Outside Defendants", Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley. Signed by Magistrate Judge Patricia A. Coan on 6/3/05. (dlb, ) (Entered: 06/07/2005) |
| 06/08/2005 | 16 | MOTION to Intervene by Arlin M. Adams, Chapter 11 Trustee of the post-confirmation Bankrutpcy Estates of Coram Healthcare Corporation and Coram, Inc. as an additional defendant. (dlb, ) (Entered: 06/09/2005) |
| 06/09/2005 | 17 | MEMORANDUM referring to Magistrate Judge Coan : [16] MOTION to Intervene by Arlin M. Adams, Chapter 11 Trustee of the post-confirmation Bankrutpcy Estates of Coram Healthcare Corporation and Coram, Inc. as an additional defendant by Judge Walker D. Miller on 6/9/05. (dlb, ) (Modified on 6/10/2005 to correct Judge referral) (dlb, ). (Entered: 06/10/2005) |
| 06/13/2005 | 18 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against "cross-defendant" Genesis Insurance Company by Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley.(dlb, ) (Entered: 06/14/2005) |
| 06/21/2005 | 19 | SCHEDULING ORDER: Discovery due by 2/24/2006. Dispositive Motions due by 3/31/2006. Proposed Pretrial Order due by 5/6/2006. Final Pretrial Conference set for 5/11/2006 09:30 AM in Courtroom A 501 before Magistrate Judge Patricia A. Coan. Signed by Magistrate Judge Patricia A. Coan on 6/21/05. (dlb, ) (Entered: 06/21/2005) |
| 06/21/2005 | 20 | Courtroom Minutes. Minute Entry for proceedings held before Judge Patricia A. Coan : Scheduling Conference held on 6/21/2005 (Court Reporter FTR - PAC - Ctrm A-501.) (dlb, ) (Entered: 06/21/2005) |

| 06/28/2005 | 21 | NOTICE of Entry of Appearance by Doran Lee Matzke on behalf of Genesis Insurance Company, Genesis Insurance Company (Matzke, Doran) (Entered: 06/28/2005) |
| 06/28/2005 | 22 | CERTIFICATE of Mailing/Service re 21 Notice of Entry of Appearance by Plaintiff Genesis Insurance Company, Counter Defendant Genesis Insurance Company. (Matzke, Doran) (Entered: 06/28/2005) |
| 06/28/2005 | 23 | RESPONSE to Motion re [16] MOTION to Intervene filed by Plaintiff Genesis Insurance Company, Counter Defendant Genesis Insurance Company. (Matzke, Doran) (Entered: 06/28/2005) |
| 06/28/2005 | 24 | DECLARATION of *Jason P. Cronic* regarding Response to Motion23 by Plaintiff Genesis Insurance Company, Counter Defendant Genesis Insurance Company. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Matzke, Doran) (Entered: 06/28/2005) |
| 07/01/2005 | 25 | REPLY to Response to Motion re [16] MOTION to Intervene filed by Intervenor Defendant Arlin M. Adams. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B) (Rita, Matthew) (Entered: 07/01/2005) |
| 07/01/2005 | 26 | CORRECTED REPLY to Response to Motion re [16] MOTION to Intervene by Arlin M. Adams, Chapter 11 Trustee of the post-confirmation Bankrutpcy Estates of Coram Healthcare Corporation and Coram, Inc. as an additional defendant filed by Intervenor Defendant Arlin M. Adams. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B) (Rita, Matthew) (Modified on 7/8/2005 to clarify entry) (dlb, ). (Entered: 07/01/2005) |
| 07/06/2005 | 27 | NOTICE of Entry of Appearance *Daniel J. Standish, Jason P. Cronic and Paul A. Dame* by Paul Albert Dame on behalf of Genesis Insurance Company, Genesis Insurance Company (Dame, Paul) (Entered: 07/06/2005) |
| 07/06/2005 | 28 | *Genesis Insurance Company's* ANSWER to Counterclaim *of Defendants Amaral, Casey, Smith and Smoley* by Genesis Insurance Company, Genesis Insurance Company. (Matzke, Doran) (Entered: 07/06/2005) |
| 08/17/2005 | 29 | SUPPLEMENT/AMENDMENT to 23 Response to Motion *Notice of Supplemental Authority in Support of Genesis Insurance Company's Opposition to Motion to Intervene* by Plaintiff Genesis Insurance Company, Counter Defendant Genesis Insurance Company. (Attachments: # 1 Exhibit)(Dame, Paul) (Entered: 08/17/2005) |
| 08/22/2005 | 30 | BRIEF in Support re [16] MOTION to Intervene *and Response to Notice of Supplemental Authority* filed by Intervenor Defendant Arlin M. Adams. (Rita, Matthew) (Modified on 8/23/2005 to indicate stricken [incorrect event, to be refiled] (dlb, ). (Entered: 08/22/2005) |
| 08/23/2005 | 31 | SURREPLY re [16] MOTION to Intervene filed by Intervenor Defendant Arlin M. Adams. (Rita, Matthew) (Entered: 08/23/2005) |
| 08/29/2005 | 32 | Joint MOTION to Stay by Plaintiff Genesis Insurance Company, Counter Defendant Genesis Insurance Company. (Attachments: # 1 Proposed Order (PDF Only))(Dame, Paul) (Entered: 08/29/2005) |
| 08/29/2005 | 33 | MEMORANDUM referring to Magistrate Judge Coan : 32 Joint MOTION to Stay filed by Genesis Insurance Company, by Judge Walker D. Miller on 8/29/05. (Text Only Entry - No Document Attached)(wdmsec, ) (Entered: 08/29/2005) |

| 08/30/2005 | 34 | ORDER granting Agreed 32 Motion to Stay. Case is stayed to 12/11/05. Unless stipulation for dismissal is filed, status and scheduling conference is set for 12/21/05 at 9:30 a.m. Signed by Magistrate Judge Patricia A. Coan on 8/30/05. (gms, ) (Entered: 08/30/2005) |
| 08/31/2005 | 35 | REPORT AND RECOMMENDATIONS that [16] MOTION to Intervene filed by Arlin M. Adams be denied . Signed by Magistrate Judge Patricia A. Coan on 8/31/05. (gms, ) (Entered: 08/31/2005) |
| 09/09/2005 | 36 | OBJECTION to 35 Report and Recommendations *of Magistrate Judge Coan* by Intervenor Defendant Arlin M. Adams. (Attachments: # 1 Exhibit # 2 Exhibit)(Rita, Matthew) (Modified on 9/12/2005 to indicate terminated)(dlb, ). (Entered: 09/09/2005) |
| 09/12/2005 | 37 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Intervenor Defendant Arlin M. Adams (Attachments: # 1 Exhibit # 2 Exhibit)(Rita, Matthew) (Entered: 09/12/2005) |
| 09/12/2005 | 38 | Unopposed MOTION for Extension of Time to File Response/Reply as to 36 Objection to Report and Recommendations, 37 APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Intervenor Defendant Arlin M. Adams by Plaintiff Genesis Insurance Company, Counter Defendant Genesis Insurance Company. (Attachments: # 1 Proposed Order (PDF Only))(Dame, Paul) (Entered: 09/12/2005) |
| 09/19/2005 | 39 | OBJECTION to 35 Report and Recommendations *of United States Magistrate Judge* by Intervenor Defendant Arlin M. Adams. (Attachments: # 1 Exhibit # 2 Exhibit)(Rita, Matthew) (Entered: 09/19/2005) |
| 09/20/2005 | 40 | MINUTE ORDER granting to 12/12/05 38 Unopposed MOTION for Extension of Time to File Response/Reply as to 36 Objection to Report and Recommendations, 37 APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Intervenor Defendant Arlin M. Adams by Plaintiff by Judge Walker D. Miller on 9/20/05. (dlb, ) (Entered: 09/20/2005) |
| 12/07/2005 | 41 | Expedited MOTION by Stipulation and Proposed Order to Stay Case to 1/13/06 by Plaintiff, Defendants and Counterclaimants. (Attachments: # 1 Proposed Order (PDF Only))(De Vos, Leanne) (Modified on 12/8/2005 to add filers and clarify entry)(dlb, ). (Entered: 12/07/2005) |
| 12/08/2005 | 42 | MEMORANDUM referring to Magistrate Judge Coan : 41 Stipulated MOTION to Stay filed by Genesis Insurance Company,, Donald J. Amaral,, William J. Casey,, Sandra L. Smoley, by Judge Walker D. Miller on 12/8/05. (Text Only Entry - No Document Attached)(wdmsec, ) (Entered: 12/08/2005) |
| 12/09/2005 | 43 | Proposed AMENDED Scheduling Order re: 19 Scheduling Order, by Plaintiff Genesis Insurance Company, Defendants/Counterclaimants Donald J. Amaral, William J. Casey, L. Peter Smith and Sandra L. Smoley. (De Vos, Leanne) (Modified on 12/12/2005 to correct entry and add filers) (dlb, ). (Entered: 12/09/2005) |
| 12/09/2005 | 44 | ORDER granting 41 Expedited MOTION by Stipulation and Proposed Order to Stay Case to 1/13/06. This action and all deadlines are stayed through 1/13/06. Genesis Insurance shall have to 1/13/06 to respond to the pending objections of the Post-Confirmation Bankruptcy Estates to Recommendation of United States Magistrate Judge; unless a stip for dismissal has been filed as to all parties a status and scheduling |

| | | |
|---|---|---|
| | | conference is set for 1/26/06 at 10:30 a.m., Courtroom A-501. Proposed scheduling order due 1/23/06. Scheduling conference set for 12/12/05 is vacated. Signed by Magistrate Judge Patricia A. Coan on 12/9/05. (dlb, ) (Entered: 12/12/2005) |
| 01/13/2006 | 45 | RESPONSE to Objection to 35 REPORT AND RECOMMENDATIONS re [16] MOTION to Intervene filed by Arlin M. Adams, filed by Plaintiff Genesis Insurance Company, Counter Defendant Genesis Insurance Company. (Attachments: # 1 Exhibit A)(Dame, Paul) (Entered: 01/13/2006) |
| 01/23/2006 | 46 | Proposed Scheduling Order *AMENDED* by Plaintiff Genesis Insurance Company, ThirdParty Plaintiff Daniel D. Crowley, Defendants Daniel D. Crowley, Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley, ThirdParty Defendant National Union Fire Insurance Company, Intervenor Defendant Arlin M. Adams, Counter Claimants Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley, Counter Defendant Genesis Insurance Company. (De Vos, Leanne) (Entered: 01/23/2006) |
| 01/23/2006 | 47 | MINUTE ORDER: Scheduling Conference RESET for 2/3/2006 10:30 AM in Courtroom A 501 before Magistrate Judge Patricia A. Coan by Magistrate Judge Patricia A. Coan on 1/23/06. (dlb, ) (Entered: 01/23/2006) |
| 02/03/2006 | 48 | Courtroom Minutes/Minute Order for proceedings held before Magistrate Judge Patricia A. Coan. Scheduling Conference held on 2/3/2006: Discovery due by 7/31/2006; Dispositive Motions due by 9/2/2006; Parties' Rule 26(a)(2) Information due by 6/2/2006; Parties' Rebuttal Rule 26(a)(2) Information due by 6/30/2006; Final Pretrial Conference reset for 12/21/2006 at 9:30 a.m. in Courtroom A 501 before Magistrate Judge Patricia A. Coan; Settlement Conference set for 10/26/2006 at 1:30 p.m. before Magistrate Judge Patricia A. Coan. (Court Reporter FTR - Ben Van Dyke) (paccd) (Entered: 02/03/2006) |
| 02/03/2006 | 49 | AMENDED SCHEDULING ORDER: Discovery due by 7/31/2006. Dispositive Motions due by 9/2/2006. Settlement Conference set for 10/26/2006 01:30 PM before Magistrate Judge Patricia A. Coan. Proposed Pretrial Order due by 12/16/2006. Final Pretrial Conference set for 12/21/2006 09:30 AM in Courtroom A 501 before Magistrate Judge Patricia A. Coan. The previously scheduled final pretrial conference set for 5/11/06 is VACATED. Signed by Magistrate Judge Patricia A. Coan on 2/3/06. (dlb, ) (Entered: 02/03/2006) |
| 02/28/2006 | 50 | DEPOSITION SCHEDULE re 49 Scheduling Order, by Plaintiff Genesis Insurance Company, ThirdParty Plaintiff Daniel D. Crowley, Defendants Daniel D. Crowley, Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley, ThirdParty Defendant National Union Fire Insurance Company, Counter Claimants Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley, Counter Defendant Genesis Insurance Company. (Dame, Paul) (Entered: 02/28/2006) |
| 03/24/2006 | 51 | MOTION to Change Venue pursuant to 28 USC 1404(a) to USDC for the District of Delaware by ThirdParty Plaintiff Daniel D. Crowley, Defendant Daniel D. Crowley. (Attachments: # 1 Exhibit A Part 1 of 10 Complaint# 2 Exhibit A Part 2 Complaint continued# 3 Exhibit A Part 3 Exhibits to Complaint# 4 Exhibit A Part 4 continuation of exhibits to Complaint# 5 Exhibit A part 5 continuation of exhibits to Complaint# 6 Exhibit A Part 6 continuation of exhibits to Complaint# 7 Exhibit A part 6 continuation of exhibits to Complaint# 8 Exhibit A part 8 continuation of exhibits to complaint# 9 |

| | | |
|---|---|---|
| | | Exhibit A part 9 continuation of exhibits to Complaint# 10 Exhibit A part 10 continuation of exhibits to Complaint# 11 Exhibit B part 1 Complaint for Declaratory Judgment# 12 Exhibit B Part 2 Exhibit A to Complaint for Declaratory Judgment# 13 Exhibit B Part 3 continuation of exhibit# 14 Exhibit C case law# 15 Exhibit D Memorandum Order# 16 Exhibit E Reply Brief# 17 Exhibit F Part 1 Plaintiff's Answering Brief# 18 Exhibit F part 2 continuation of Answering Brief# 19 Exhibit F part 3 continuation of Answering Brief)(Drake, Janet) (Modified on 3/27/2006 to clarify entry) (dlb, ). (Entered: 03/24/2006) |
| 04/07/2006 | 52 | MOTION For Extension of Time to *Respond to Discovery* by ThirdParty Plaintiff Daniel D. Crowley, Defendant Daniel D. Crowley. (Drake, Janet) (Entered: 04/07/2006) |
| 04/10/2006 | 53 | MEMORANDUM referring to Magistrate Judge Coan : 52 MOTION For Extension of Time to *Respond to Discovery* filed by Daniel D. Crowley, by Judge Walker D. Miller on 4/10/06. (Text Only Entry - No Document Attached)(wdmsec, ) (Entered: 04/10/2006) |
| 04/13/2006 | 54 | MINUTE ORDER granting in part 52 MOTION For Extension of Time to Respond to Discovery by Magistrate Judge Patricia A. Coan on 4/12/06. (dlb, ) (Entered: 04/13/2006) |
| 04/13/2006 | 55 | BRIEF in Opposition re 51 MOTION to Change Venue filed by Plaintiff Genesis Insurance Company, Counter Defendant Genesis Insurance Company. (Attachments: # 1 Affidavit Declaration of Jason P. Cronic# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5)(Dame, Paul) (Entered: 04/13/2006) |
| 04/27/2006 | 56 | STATUS REPORT *Advising of Settlement re: Approval of Settlement with Outside Directors* by Defendants Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley. (Attachments: # 1 Exhibit Attachment)(Featherstone, Bruce) (Modified on 4/28/2006 to clarify entry) (dln, ). (Entered: 04/27/2006) |
| 04/27/2006 | 57 | ANSWER to Third Party Complaint by National Union Fire Insurance Company. (Senter, William) (Entered: 04/27/2006) |
| 04/28/2006 | 58 | Docket Annotation re: 56 STATUS REPORT Advising of Settlement re: Approval of Settlement with Outside Directors by Defendants. [Entry modified for clarification]. Text only entry - no document attached. (dln, ) (Entered: 04/28/2006) |
| 04/28/2006 | 59 | MOTION to *HOLD 51 MOTION to Change Venue pursuant to 28 USC 1404(a) to USDC for the District of Delaware in abeyance for 30 days* by ThirdParty Plaintiff Daniel D. Crowley, Defendant Daniel D. Crowley. (Attachments: # 1 Proposed Order (PDF Only) Granting Motion for Abeyance)(Garnett, Stanley) (Modified on 5/1/2006 to add linkage) (dln, ). (Entered: 04/28/2006) |
| 05/01/2006 | 60 | Docket Annotation re: 59 MOTION to HOLD 51 MOTION to Change Venue pursuant to 28 USC 1404(a) to USDC for the District of Delaware in abeyance for 30 days. [Entry modified to add linkage]. Text only entry - no document attached. (dln, ) (Entered: 05/01/2006) |
| 05/03/2006 | 61 | MINUTE ORDER: Based upon 56 STATUS REPORT Advising of Settlement re: Approval of Settlement with Outside Directors by Defendants Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley a Status/Scheduling Conference set for 5/24/2006 08:30 AM in Courtroom A 501 before Magistrate Judge Patricia A. Coan. |

|  |  | Counsel for dfts Amaral, Casey, Smith and Smoley are not required to participate by Magistrate Judge Patricia A. Coan on 5/3/06. (dln, ) (Entered: 05/03/2006) |
|---|---|---|
| 05/05/2006 | 62 | ORDER: [16] MOTION to Intervene by Arlin M. Adams, Chapter 11 Trustee of the post-confirmation Bankrutpcy Estates of Coram Healthcare Corporation and Coram, Inc. as an additional defendant is denied as moot. 35 REPORT AND RECOMMENDATIONS are moot. 59 MOTION to HOLD 51 MOTION to Change Venue pursuant to 28 USC 1404(a) to USDC for the District of Delaware in abeyance for 30 days by ThirdParty Plaintiff is granted. On or before 6/1/06 parties inform the court whether the pending 55 MOTION to Change Venue pursuant to 28 USC 1404(a) to USDC for the District of Delaware by ThirdParty Plaintiff is moot. Signed by Judge Walker D. Miller on 5/5/06. (dln, ) (Entered: 05/05/2006) |
| 05/11/2006 | 63 | MOTION to Substitute Party by Intervenor Defendant Arlin M. Adams. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit)(Rita, Matthew) (Entered: 05/11/2006) |
| 05/11/2006 | 64 | MEMORANDUM referring to Magistrate Judge Coan : 63 MOTION to Substitute Party filed by Arlin M. Adams, by Judge Walker D. Miller on 5/11/06. (Text Only Entry - No Document Attached)(wdmsec, ) (Entered: 05/11/2006) |
| 05/12/2006 | 65 | NOTICE of Entry of Appearance by Elliot Remsen Peters on behalf of Daniel D. Crowley, Daniel D. Crowley (Peters, Elliot) (Entered: 05/12/2006) |
| 05/18/2006 | 66 | SUPPLEMENT/AMENDMENT to 56 Status Report, *Supplemental Clarification of Outside Directors re Effect of Settlement of Delaware Action* by Defendants Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley. (Featherstone, Bruce) (Entered: 05/18/2006) |
| 05/19/2006 | 67 | Proposed Scheduling Order *(Second Amended)* by Plaintiff Genesis Insurance Company, Counter Defendant Genesis Insurance Company. (Dame, Paul) (Entered: 05/19/2006) |
| 05/19/2006 | 68 | Proposed Scheduling Order *Second Amended* by Defendants Daniel D. Crowley, Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley. (Garnett, Stanley) (Entered: 05/19/2006) |
| 05/24/2006 | 69 | Courtroom Minutes/Minute Order for proceedings held before Magistrate Judge Patricia A. Coan. Scheduling Conference held on 5/24/2006: Discovery due by 9/15/2006; Dispositive Motions due by 10/2/2006; Written discovery is to be served by 6/5/2006; Responses to written discovery are due by 7/2/2006; Final Pretrial Conference set for 2/14/2007 at 8:30 a.m. in Courtroom A 501 before Magistrate Judge Patricia A. Coan. Parties will file a second amended scheduling order by 5/31/2006. (Court Reporter FTR - Ben Van Dyke) (paccd) (Entered: 05/24/2006) |
| 05/25/2006 | 70 | RESPONSE to Motion re 63 MOTION to Substitute Party *Limited Objection to Motion of Arlin M. Adams to Subsitute as a Party* filed by Plaintiff Genesis Insurance Company, Counter Defendant Genesis Insurance Company. (Attachments: # 1 Affidavit Declaration of Jason P. Cronic# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G)(Dame, Paul) (Entered: 05/25/2006) |
| 05/25/2006 | 71 | Docket Annotation re: 70 RESPONSE to Motion - Exhibit Descriptions Modified for Correct Attachment Sequence - # (1) Affidavit Declaration of Jason P. Cronic# (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D# (6) Exhibit E# (7) Exhibit F# |

| | | |
|---|---|---|
| | | (8) Exhibit G) - Text only entry - no document attached. (dln, ) (Entered: 05/25/2006) |
| 05/31/2006 | 72 | Proposed Scheduling Order *(Second Amended)* by Plaintiff Genesis Insurance Company, ThirdParty Plaintiff Daniel D. Crowley, Defendants Daniel D. Crowley, Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley, ThirdParty Defendant National Union Fire Insurance Company, Counter Claimants Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley, Counter Defendant Genesis Insurance Company. (Dame, Paul) (Entered: 05/31/2006) |
| 06/01/2006 | 73 | NOTICE *REGARDING MOTION FOR CHANGE OF VENUE* by ThirdParty Plaintiff Daniel D. Crowley, Defendant Daniel D. Crowley (Peters, Elliot) (Entered: 06/01/2006) |
| 06/12/2006 | 74 | REPLY to Response to Motion re 63 MOTION to Substitute Party *The Ouside Directors' Limited Response to Genesis Insurance Company's Limited Objection* filed by Defendants Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley, Counter Claimants Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley. (Featherstone, Bruce) (Entered: 06/12/2006) |
| 06/13/2006 | 75 | NOTICE of Entry of Appearance *by Lewis K. Loss and* by Thomas J. Judge on behalf of Genesis Insurance Company (Judge, Thomas) (Entered: 06/13/2006) |
| 06/14/2006 | 76 | NOTICE of Entry of Appearance *of Jonathan G. Pray and Meghan Frei Berglind* by Jonathan George Pray on behalf of Daniel D. Crowley (Pray, Jonathan) (Entered: 06/14/2006) |
| 06/14/2006 | 77 | NOTICE *of Withdrawal of Janet Stansberry Drake* by Defendant Daniel D. Crowley (Pray, Jonathan) (Entered: 06/14/2006) |
| 06/14/2006 | 78 | NOTICE of Entry of Appearance *of Jonathan G. Pray and Meghan Frei Berglind* by Jonathan George Pray on behalf of Daniel D. Crowley (Pray, Jonathan) (Entered: 06/14/2006) |
| 06/15/2006 | 79 | Docket Annotation re: 76 NOTICE of Entry of Appearance of Jonathan G. Pray and Meghan Frei Berglind by Jonathan George Pray on behalf of Daniel D. Crowley and 77 NOTICE of Withdrawal of Janet Stansberry Drake by Defendant. [Incorrect PDF's attached to filings - Notice of Withdrawal to be refiled by Counsel as Motion to Withdraw as Attorney] - Text only entry - no document attached. (dln, ) (Entered: 06/15/2006) |
| 06/15/2006 | 80 | MOTION to Withdraw as Attorney *Janet Stansberry Drake* by ThirdParty Plaintiff Daniel D. Crowley, Defendant Daniel D. Crowley. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order)(Pray, Jonathan) (Entered: 06/15/2006) |
| 06/15/2006 | 81 | MEMORANDUM referring to Magistrate Judge Coan : 80 MOTION to Withdraw as Attorney *Janet Stansberry Drake* filed by Daniel D. Crowley, by Judge Walker D. Miller on 6/15/06. (Text Only Entry - No Document Attached)(wdmsec, ) (Entered: 06/15/2006) |
| 06/19/2006 | 82 | MINUTE ORDER granting 80 Motion to Withdraw Attorney Jonathan George Pray as counsel for Daniel D. Crowley by Magistrate Judge Patricia A. Coan on 6/19/06. (dln, ) (Entered: 06/19/2006) |
| 06/20/2006 | 83 | AMENDED MINUTE ORDER: Granting 80 MOTION to Withdraw as Attorney Janet Stansberry Drake as counsel for Daniel D. Crowley by Magistrate Judge Patricia A. |

| | | |
|---|---|---|
| | | Coan on 6/19/06. (dln, ) (Entered: 06/20/2006) |
| 06/21/2006 | 84 | Stipulated MOTION for Joinder *of Arlin M. Adams, Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare and Coram, Inc., as a Party Defendant/Couterclaimant* by Plaintiff Genesis Insurance Company, ThirdParty Plaintiff Daniel D. Crowley, Defendants Daniel D. Crowley, Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley, ThirdParty Defendant National Union Fire Insurance Company, Intervenor Defendant Arlin M. Adams, Counter Claimants Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley, Counter Defendant Genesis Insurance Company. (Attachments: # 1 Proposed Order (PDF Only)) (Featherstone, Bruce) (Entered: 06/21/2006) |
| 06/21/2006 | 85 | STATUS REPORT by Defendants Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley, Counter Claimants Donald J. Amaral, William J. Casey, L. Peter Smith, Sandra L. Smoley. (Featherstone, Bruce) (Entered: 06/21/2006) |
| 06/21/2006 | 86 | MEMORANDUM referring to Magistrate Judge Coan : 84 Stipulated MOTION for Joinder *of Arlin M. Adams, Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare and Coram, Inc., as a Party Defendant/Couterclaimant* filed by National Union Fire Insurance Company,, L. Peter Smith,, Genesis Insurance Company,, Daniel D. Crowley,, Donald J. Amaral,, William J. Casey,, Sandra L. Smoley,, Arlin M. Adams, by Judge Walker D. Miller on 6/20/06. (Text Only Entry - No Document Attached)(wdmsec, ) (Entered: 06/21/2006) |
| 06/22/2006 | 87 | MINUTE ORDER granting 63 MOTION to Substitute Party by Intervenor Defendant Arlin M. Adams, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corporation and Coram, Inc. is hereby SUBSTITUTED for defendants L. Peter Smith; Sandra L. Smoley; Donald J. Amaral and William J. Casey by Magistrate Judge Patricia A. Coan on 6/22/06. (dln, ) (Entered: 06/22/2006) |
| 06/23/2006 | 88 | ORDER TO SHOW CAUSE: returnable by Counsel for parties for why the Stipulated Motion to Join Arlin M. Adams, Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corporation and Coram, Inc., as a Party Defendant/Counterclaimant [#84] should not be denied as moot. Show Cause Response due by 7/5/2006. Signed by Magistrate Judge Patricia A. Coan on 6/23/06. (dln, ) (Entered: 06/23/2006) |
| 06/30/2006 | 89 | MOTION For Extension of Time to *Submit a Proposed Deposition Schedule* by Plaintiff Genesis Insurance Company. (Attachments: # 1)(Judge, Thomas) (Entered: 06/30/2006) |
| 06/30/2006 | 90 | MEMORANDUM referring to Magistrate Judge Coan : 89 MOTION For Extension of Time to *Submit a Proposed Deposition Schedule* filed by Genesis Insurance Company, by Judge Walker D. Miller on 6/30/06. (Text Only Entry - No Document Attached) (wdmsec, ) (Entered: 06/30/2006) |
| 06/30/2006 | 91 | MOTION to Transfer Case by Debtor-in-Possess Arlin M. Adams. (Attachments: # 1 Affidavit # 2 Affidavit # 3 Proposed Order (PDF Only))(Hofmann, Michael) (Entered: 06/30/2006) |
| 06/30/2006 | 92 | BRIEF in Support re 91 MOTION to Transfer Case filed by Debtor-in-Possess Arlin M. Adams. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C - Part 1# 4 Exhibit C - Part 2# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H)(Hofmann, Michael) (Entered: 06/30/2006) |
| | | |

| 06/30/2006 | 93 | MINUTE ORDER granting to 7/7/06 89 MOTION For Extension of Time to Submit a Proposed Deposition Schedule by Plaintiff by Magistrate Judge Patricia A. Coan on 6/30/06. (dln, ) (Entered: 07/03/2006) |
| --- | --- | --- |
| 07/07/2006 | 94 | DEPOSITION SCHEDULE *Filed* by Plaintiff Genesis Insurance Company, ThirdParty Plaintiff Daniel D. Crowley, Defendant Daniel D. Crowley, ThirdParty Defendant National Union Fire Insurance Company, Debtor-in-Possess Arlin M. Adams, Counter Defendant Genesis Insurance Company. (Judge, Thomas) (Entered: 07/07/2006) |
| 07/07/2006 | 95 | Joint MOTION For Extension of Time to *with Respect to Expert Discovery* by Plaintiff Genesis Insurance Company, ThirdParty Plaintiff Daniel D. Crowley, Defendant Daniel D. Crowley, ThirdParty Defendant National Union Fire Insurance Company, Debtor-in-Possess Arlin M. Adams, Counter Defendant Genesis Insurance Company. (Attachments: # 1 Proposed Order (PDF Only) Granting Extension of Time with Respect to Expert Discovery)(Berglind, Meghan) (Entered: 07/07/2006) |
| 07/10/2006 | 96 | MEMORANDUM referring to Magistrate Judge Coan : 95 Joint MOTION For Extension of Time to *with Respect to Expert Discovery* filed by National Union Fire Insurance Company,, Genesis Insurance Company,, Daniel D. Crowley,, Arlin M. Adams, by Judge Walker D. Miller on 7/10/06. (Text Only Entry - No Document Attached)(wdmsec, ) (Entered: 07/10/2006) |
| 07/10/2006 | 97 | MOTION to Amend/Correct/Modify [13] Answer to Complaint *and Assert Counterclaim* by ThirdParty Plaintiff Daniel D. Crowley, Defendant Daniel D. Crowley. (Attachments: # 1 Proposed Order (PDF Only) Granting Motion to Amend Answer and Assert Counterclaim# 2 Proposed Document Amended Answer and Counterclaim) (Berglind, Meghan) (Entered: 07/10/2006) |
| 07/11/2006 | 98 | MINUTE ORDER granting as specified 95 Joint MOTION For Extension of Time to with Respect to Expert Discovery by Magistrate Judge Patricia A. Coan on 7/11/06. (dln, ) (Entered: 07/11/2006) |
| 07/11/2006 | 99 | MEMORANDUM referring to Magistrate Judge Coan : 97 MOTION to Amend/Correct/Modify [13] Answer to Complaint *and Assert Counterclaim* filed by Daniel D. Crowley, by Judge Walker D. Miller on 7/11/06. (Text Only Entry - No Document Attached)(wdmsec, ) (Entered: 07/11/2006) |
| 07/13/2006 | 100 | MINUTE ORDER: 89 Motion for One-Week Continuance is granted. Proposed Schedule due 7/7/06. Denying as moot 84 Stipulated MOTION for Joinder of Arlin M. Adams, Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare and Coram, Inc., as a Party Defendant/Couterclaimant. Order to Show Cause is discharged by Magistrate Judge Patricia A. Coan on 7/13/06. (dln, ) (Entered: 07/13/2006) |
| 07/17/2006 | 101 | MOTION for Joinder re 91 MOTION to Transfer Case by ThirdParty Plaintiff Daniel D. Crowley, Defendant Daniel D. Crowley. (Attachments: # 1 Exhibit DECLARATION OF DANIEL CROWLEY# 2 Exhibit DECLARATION OF ERIN WOOD# 3 Exhibit A TO DECLARATION OF ERIN WOOD GENESIS HOME PAGE# 4 Exhibit B TO DECLARATION OF ERIN WOOD NATIONAL UNION HOME PAGE# 5 Exhibit C TO DECLARATION OF ERIN WOOD DE INSUR. COMMISSIONER HOME PAGE# 6 Exhibit D TO DECLARATION OF ERIN WOOD PART 1 CROWLEY DE ANSWER# 7 Exhibit D TO DECLARATION OF ERIN WOOD PART 2 BRIEF MOTION TO DISMISS# 8 Exhibit D TO DECLARATION OF ERIN WOOD PART 3 BRIEF MOTION TO DISMISS)(Peters, Elliot) (Entered: 07/17/2006) |

| | | |
|---|---|---|
| 07/18/2006 | 102 | Docket Annotation re: 101 Motions terminated: 101 MOTION for Joinder re 91 MOTION to Transfer Case. [Document is actually a Joinder - to be refiled by counsel]. Text only entry - no document attached. (dln, ) (Entered: 07/18/2006) |
| 07/18/2006 | 103 | JOINDER re 91 MOTION to Transfer Case by ThirdParty Plaintiff Daniel D. Crowley, Defendant Daniel D. Crowley. (Attachments: # 1 Exhibit Declaration of Daniel Crowley# 2 Exhibit Declaration of Erin Wood# 3 Exhibit A to Ex. 2 Genesis Homepage# 4 Exhibit B to Ex. 2 National Union Homepage# 5 Exhibit C to Ex. 2 DE Insur. Comm. Homepage# 6 Exhibit D part 1 to Ex. 2 Crowley DE Answer# 7 Exhibit D part 2 to Ex. 2 DE Motion to Dismiss# 8 Exhibit D part 3 to Ex. 2 DE Motion to Dismiss)(Peters, Elliot) (Entered: 07/18/2006) |
| 07/18/2006 | 104 | Unopposed MOTION for Extension of Time to File Response/Reply *to 91 MOTION to Transfer Case by Debtor-in-Possess Arlin M. Adams* by Plaintiff Genesis Insurance Company, Counter Defendant Genesis Insurance Company. (Judge, Thomas) (Modified on 7/19/2006 to add linkage) (dln, ). (Entered: 07/18/2006) |
| 07/19/2006 | 105 | Docket Annotation re: 104 Unopposed MOTION for Extension of Time to File Response/Reply to 91 MOTION to Transfer Case by Debtor-in-Possess Arlin M. Adams by Plaintiff. [Entry modified to add linkage]. Text only entry - no document attached. (dln, ) (Entered: 07/19/2006) |
| 07/20/2006 | 106 | MINUTE ORDER granting to 7/27/06 104 Unopposed MOTION for Extension of Time to File Response/Reply to 91 MOTION to Transfer Case by Debtor-in-Possess Arlin M. Adams by Plaintiff by Judge Walker D. Miller on 7/20/06. (dln, ) (Entered: 07/20/2006) |
| 07/27/2006 | 107 | JOINDER re 91 MOTION to Transfer Case *with Genesis Ins. Co.'s Opposition to Adams' Motion to Transfer* 108 by ThirdParty Defendant National Union Fire Insurance Company. (Senter, William) (Modified on 7/28/2006 to add linkage)(lam, ). (Entered: 07/27/2006) |
| 07/27/2006 | 108 | BRIEF in Opposition re 91 MOTION to Transfer Case filed by Plaintiff Genesis Insurance Company, Counter Defendant Genesis Insurance Company. (Attachments: # 1 Affidavit Declaration of Thomas J. Judge# 2 Exhibit Exhibit 1 to Judge Declaration# 3 Exhibit Exhibit 2 to Judge Declaration# 4 Exhibit Exhibit 3 to Judge Declaration# 5 Exhibit Exhibit 4 to Judge Declaration# 6 Exhibit Exhibit 5 to Judge Declaration# 7 Exhibit Exhibit 6 to Judge Declaration# 8 Exhibit Exhibit 7 to Judge Declaration# 9 Exhibit Exhibit 8 to Judge Declaration# 10 Exhibit Exhibit 9 to Judge Declaration# 11 Exhibit Exhibit 10 to Judge Declaration# 12 Exhibit Exhibit 11 to Judge Declaration# 13 Exhibit Exhibit 12 to Judge Declaration# 14 Exhibit Exhibit 13 to Judge Declaration# 15 Exhibit Exhibit 14 to Judge Declaration# 16 Exhibit Exhibit 15 to Judge Declaration# 17 Exhibit Exhibit 16 to Judge Declaration# 18 Exhibit Exhibit 17 to Judge Declaration# 19 Exhibit Exhibit 18 to Judge Declaration# 20 Exhibit Exhibit 19 to Judge Declaration# 21 Exhibit Exhibit 20 to Judge Declaration# 22 Exhibit Exhibit 21 to Judge Declaration# 23 Exhibit Exhibit 22 to Judge Declaration)(Judge, Thomas) (Entered: 07/27/2006) |
| 07/31/2006 | 109 | BRIEF in Opposition re 97 MOTION to Amend/Correct/Modify [13] Answer to Complaint *and Assert Counterclaim* filed by Plaintiff Genesis Insurance Company, Counter Defendant Genesis Insurance Company. (Attachments: # 1 Affidavit Declaration of Thomas J. Judge# 2 Exhibit A to Judge Declaration# 3 Exhibit B to Judge Declaration)(Judge, Thomas) (Entered: 07/31/2006) |

| | | |
|---|---|---|
| 08/08/2006 | 110 | REPORT AND RECOMMENDATIONS re 97 MOTION to Amend/Correct/Modify [13] Answer to Complaint and Assert Counterclaim by ThirdParty Plaintiff Daniel D. Crowley be denied. Signed by Magistrate Judge Patricia A. Coan on 8/8/06. (dln, ) (Entered: 08/08/2006) |
| 08/11/2006 | 111 | BRIEF in Support re 91 MOTION to Transfer Case filed by Debtor-in-Possess Arlin M. Adams. (Attachments: # 1 # 2 # 3 # 4)(Rita, Matthew) (Entered: 08/11/2006) |
| 08/11/2006 | 112 | BRIEF in Support re 91 MOTION to Transfer Case *Appendix of Unreported Cases Cited in the Reply Brief in Support of the Motion to Transfer Case* filed by Debtor-in-Possess Arlin M. Adams. (Attachments: # 1 Exhibit # 2 Exhibit)(Rita, Matthew) (Entered: 08/11/2006) |
| 08/14/2006 | 113 | Docket Annotation re: 111 BRIEF in Support re 91 MOTION to Transfer Case filed by Debtor-in-Possess and 112 BRIEF in Support re 91 MOTION to Transfer Case Appendix of Unreported Cases Cited in the Reply Brief in Support of the Motion to Transfer Case filed by Debtor-in-Possess. [Documents filed incorrectly - to be refiled by counsel as reply to response to motion]. Text only entry - no document attached. (dln, ) (Entered: 08/14/2006) |
| 08/14/2006 | 114 | REPLY to Response to Motion re 91 MOTION to Transfer Case filed by Debtor-in-Possess Arlin M. Adams. (Attachments: # 1 Exhibit Ex. A# 2 Exhibit Ex. B# 3 Exhibit Ex. C# 4 Appendix Appendix of Unreported Cases# 5 Exhibit Ex. A-C of Appendix# 6 Exhibit Ex. D-F of Appendix)(Rita, Matthew) (Entered: 08/14/2006) |
| 08/18/2006 | 115 | NOTICE *Regarding Motion for Change of Venue* by Plaintiff Genesis Insurance Company, Counter Defendant Genesis Insurance Company (Attachments: # 1 Exhibit A)(Judge, Thomas) (Entered: 08/18/2006) |
| 08/18/2006 | 116 | NOTICE *of Related Case [06-cv-01597-EWN-CBS]* by ThirdParty Plaintiff Daniel D. Crowley, Defendant Daniel D. Crowley (Berglind, Meghan) (Modified on 8/21/2006 for clarification). (dln, ). (Entered: 08/18/2006) |
| 08/21/2006 | 117 | Docket Annotation re: 116 NOTICE of Related Case [06-cv-01597-EWN-CBS]. [Entry modified for clarification]. Text only entry - no document attached. (dln, ) (Entered: 08/21/2006) |
| 08/23/2006 | 118 | Unopposed MOTION For Extension of Time to *Extend Deadlines for Responsive and Rebuttal Expert Disclosures and Dispositive Motions* by Debtor-in-Possess Arlin M. Adams. (Rita, Matthew) (Entered: 08/23/2006) |
| 08/23/2006 | 119 | Proposed Pretrial Order *Extending Deadlines for Responsive and Rebuttal Expert Disclosures and Dispositive Motions* by Debtor-in-Possess Arlin M. Adams. (Rita, Matthew) (Entered: 08/23/2006) |
| 08/23/2006 | 120 | MEMORANDUM referring to Magistrate Judge Coan : 118 Unopposed MOTION For Extension of Time to Extend Deadlines for Responsive and Rebuttal Expert Disclosures and Dispositive Motions (Text Only Entry - No Document Attached) by Judge Walker D. Miller on 8/23/06. (dln, ) (Entered: 08/23/2006) |
| 08/24/2006 | 121 | Docket Annotation re: 119 Proposed Pretrial Order Extending Deadlines for Responsive and Rebuttal Expert Disclosures and Dispositive Motions by Debtor-in-Possess - filed in error. [Document is a proposed order for #118]. Text only entry - no document attached. (dln, ) (Entered: 08/24/2006) |

| 08/29/2006 | 122 | MINUTE ORDER granting 118 Unopposed Motion of Arlin M. Davis to Extend Deadlines for Responsive and Rebuttal Expert Disclosures, Order extending deadlines for responsive and rebuttal expert disclosures and dispositive motions is attached and entered this date by Magistrate Judge Patricia A. Coan on 08/29/06. (rlp2, ) (Entered: 08/29/2006) |
|---|---|---|
| 08/29/2006 | 123 | Utility Setting/Resetting Deadlines/Hearings per minute order of 08/29/06: Expert Discovery due by 11/6/2006. Dispositive Motions due by 11/2/2006. Text only entry - no document attached. (rlp2, ) (Entered: 08/29/2006) |
| 08/29/2006 | 124 | NOTICE re 97 MOTION to Amend/Correct/Modify [13] Answer to Complaint *and Assert Counterclaim Notice of Withdrawal of Motion to Amend* by ThirdParty Plaintiff Daniel D. Crowley, Defendant Daniel D. Crowley (Berglind, Meghan) (Entered: 08/29/2006) |
| 09/13/2006 | 125 | NOTICE *Regarding Development Related to 91 MOTION to Transfer Case* by Debtor-in-Possess Arlin M. Adams (Rita, Matthew) (Modified on 9/14/2006 to add linkage) (dln, ). (Entered: 09/13/2006) |
| 09/15/2006 | 126 | Unopposed MOTION For Extension of Time to *of Fact Discovery Cut-Off* by ThirdParty Plaintiff Daniel D. Crowley, Defendant Daniel D. Crowley. (Attachments: # 1 Proposed Order (PDF Only) Granting Extension of Fact Discovery Cut-Off)(Berglind, Meghan) (Entered: 09/15/2006) |
| 09/18/2006 | 127 | MEMORANDUM regarding 126 Unopposed MOTION For Extension of Time to *of Fact Discovery Cut-Off* filed by Daniel D. Crowley. Motions referred to Magistrate Judge Patricia A. Coan by Judge Walker D. Miller on 9/18/06. (Text Only Entry - No Document Attached)(wdmsec, ) (Entered: 09/18/2006) |
| 09/18/2006 | 128 | MINUTE ORDER granting 126 Unopposed MOTION For Extension of Time to of Fact Discovery Cut-Off. Fact discovery extended to 10/16/06 by Magistrate Judge Patricia A. Coan on 9/18/06.(dln, ) (Entered: 09/18/2006) |
| 09/25/2006 | 129 | RESPONSE *to 125 NOTICE Regarding Development Related to 91MOTION to Transfer Case* by Plaintiff Genesis Insurance Company. (Judge, Thomas) (Modified on 9/26/2006 to add linkage) (dln, ). (Entered: 09/25/2006) |
| 09/26/2006 | 130 | Docket Annotation re: 129 RESPONSE to 125 NOTICE Regarding Development Related to 91MOTION to Transfer Case by Plaintiff. [Entry modified to add linkage]. Text only entry - no document attached. (dln, ) (Entered: 09/26/2006) |
| 10/06/2006 | 131 | MOTION for Partial Summary Judgment *as to Coverage for the Settlement in the Underlying Action* by Plaintiff Genesis Insurance Company, Counter Defendant Genesis Insurance Company. (Judge, Thomas) (Entered: 10/06/2006) |
| 10/06/2006 | 132 | BRIEF in Support re 131 MOTION for Partial Summary Judgment *as to Coverage for the Settlement in the Underlying Action* filed by Plaintiff Genesis Insurance Company, Counter Defendant Genesis Insurance Company. (Attachments: # 1 Exhibit Declaration of Thomas J. Judge# 2 Exhibit The Policy# 3 Exhibit Trustee Action Complaint# 4 Exhibit J. Cronic Ltr. of Feb. 23, 2005# 5 Exhibit Settlement Agreement# 6 Exhibit Docket Report# 7 Exhibit Brief in Support of the Outside Directors' Motion to Dismiss the Trustee Action# 8 Exhibit B. Feldman Deposition of Aug. 31, 2006# 9 Exhibit Order of April 24, 2006# 10 Exhibit Motion for Approval# 11 Exhibit Delaware |

| | | Coverage Action Complaint# 12 Exhibit Motion to Dismiss or Stay)(Judge, Thomas) (Entered: 10/06/2006) |
|---|---|---|
| 10/16/2006 | 133 | STIPULATION of Dismissal of Party *National Union Fire Insurance Co. of Pittsburgh, Pa.* by Defendant Daniel D. Crowley, ThirdParty Defendant National Union Fire Insurance Company. (Attachments: # 1 Proposed Order (PDF Only))(Senter, William) (Entered: 10/16/2006) |
| 10/16/2006 | 134 | Joint MOTION For Extension of Time to *Extend Certain Deadlines and to Reschedule Settlement Conference* by Debtor-in-Possess Arlin M. Adams; Plaintiff/Counter-Defendant Genesis Insurance; Defendant Daniel D. Crowley and Third-Party Defendant National Union Fire Insurance Company). (Rita, Matthew) (Modified on 10/17/2006 to add filers) (dln, ). (Entered: 10/16/2006) |
| 10/17/2006 | 135 | Docket Annotation re: 133 STIPULATION of Dismissal of Party National Union Fire Insurance Co. of Pittsburgh, Pa. [Document is actually a motion - to be refiled by Counsel]. Text only entry - no document attached. (dln, ) (Entered: 10/17/2006) |
| 10/17/2006 | 136 | Docket Annotation re: 134 Joint MOTION For Extension of Time to Extend Certain Deadlines and to Reschedule Settlement Conference. [Entry modified to add filers]. Text only entry - no document attached. (dln, ) (Entered: 10/17/2006) |
| 10/17/2006 | 137 | Stipulated MOTION to Dismiss Party *National Union Fire Insurance Co. of Pittsburgh, Pa.* by Defendant Daniel D. Crowley, ThirdParty Defendant National Union Fire Insurance Company. (Attachments: # 1 Proposed Order (PDF Only))(Senter, William) (Entered: 10/17/2006) |
| 10/18/2006 | 138 | MEMORANDUM regarding 134 Joint MOTION For Extension of Time to *Extend Certain Deadlines and to Reschedule Settlement Conference* filed by Daniel D. Crowley, Genesis Insurance Company, National Union Fire Insurance Company, Arlin M. Adams. Motions referred to Magistrate Judge Patricia A. Coan by Judge Walker D. Miller on 10/18/06. (Text Only Entry - No Document Attached)(wdmsec, ) (Entered: 10/18/2006) |
| 10/20/2006 | 139 | MINUTE ORDER granting 134 Joint MOTION For Extension of Time to Extend Certain Deadlines and to Reschedule Settlement Conference. Fact Discovery extended to 11/2/06; Expert Discovery extended to 11/13/06; Dispositive Motions extended to 11/17/06. Settlement Conference RESET to 2/21/06 at 9:00 a.m. by Magistrate Judge Patricia A. Coan on 10/19/06.(dln, ) (Entered: 10/20/2006) |
| 10/20/2006 | 140 | AMENDED MINUTE ORDER : granting 134 Joint MOTION For Extension of Time to Extend Certain Deadlines and to Reschedule Settlement Conference. Fact Discovery extended to 11/2/06; Expert Discovery extended to 11/13/06; Dispositive Motions extended to 11/17/06. S ettlement Conference RESET to 2/21/07 at 9:00 a.m. by Magistrate Judge Patricia A. Coan on 10/20/06. (dln, ) (Entered: 10/20/2006) |
| 10/20/2006 | 141 | ORDER re:137 Stipulated Motion to Dismiss Party. Party National Union Fire Insurance Company is Dismissed without prejudice. Signed by Judge Walker D. Miller on 10/20/06.(pap, ) (Entered: 10/20/2006) |
| 10/26/2006 | 142 | RESPONSE to Motion re 131 MOTION for Partial Summary Judgment *as to Coverage for the Settlement in the Underlying Action* filed by Debtor-in-Possess Arlin M. Adams. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Rita, Matthew) (Entered: |

|  |  | 10/26/2006) |
|---|---|---|
| 11/07/2006 | 143 | Unopposed MOTION for Extension of Time to File Response/Reply *131 MOTION for Partial Summary Judgment as to Coverage for the Settlement in the Underlying Action* by Plaintiff Genesis Insurance Company. (Judge, Thomas) (Modified on 11/7/2006 to add linkage) (dln, ). (Entered: 11/07/2006) |
| 11/07/2006 | 144 | MINUTE ORDER granting to 11/22/06 143 Unopposed MOTION for Extension of Time to File Response/Reply 131 MOTION for Partial Summary Judgment as to Coverage for the Settlement in the Underlying Action by Plaintiff by Judge Walker D. Miller on 11/7/06.(dln, ) (Entered: 11/07/2006) |
| 11/15/2006 | 145 | Unopposed MOTION for Leave to File Excess Pages *in Motion for Summary Judgment* by ThirdParty Plaintiff Daniel D. Crowley, Defendant Daniel D. Crowley. (Attachments: # 1 Proposed Order (PDF Only) Granting Unopposed Motion to Exceed Page Limit)(Berglind, Meghan) (Entered: 11/15/2006) |
| 11/15/2006 | 146 | Unopposed MOTION for Leave to File Excess Pages by Debtor-in-Possess Arlin M. Adams. (Rita, Matthew) (Entered: 11/15/2006) |
| 11/16/2006 | 147 | MINUTE ORDER granting 145 Unopposed MOTION for Leave to File Excess Pages in Motion for Summary Judgment by Daniel D. Crowley and 146 Unopposed MOTION for Leave to File Excess Pages by Debtor-in-Possess Arlin M. Adams by Judge Walker D. Miller on 11/16/06.(dln, ) (Entered: 11/16/2006) |
| 11/17/2006 | 148 | MOTION for Partial Summary Judgment by Defendant Daniel D. Crowley. (Berglind, Meghan) (Entered: 11/17/2006) |
| 11/17/2006 | 149 | BRIEF in Support re 148 MOTION for Partial Summary Judgment filed by Defendant Daniel D. Crowley. (Attachments: # 1 Appendix Policy Provisions# 2 Exhibit Coram website pages# 3 Exhibit Crowley deposition cites# 4 Deposition Excerpts Smith deposition cites# 5 Exhibit Casey deposition cites# 6 Exhibit Amaral deposition cites# 7 Exhibit Letter# 8 Exhibit Letter# 9 Exhibit Letter# 10 Exhibit Letter with attachment# 11 Exhibit Affidavit of Crowley# 12 Exhibit Notice of Hearing# 13 Exhibit Complaint# 14 Exhibit Part 1 of 2 Letter with attachments# 15 Exhibit Part 2 of 2 Exhibt "A"# 16 Exhibit Advancement Agreement# 17 Exhibit Letter# 18 Exhibit Class Action Complaint# 19 Exhibit Part 1 of 2 2nd Am. Class Action Complaint# 20 Exhibit Part 2 of 2# 21 Exhibit Letter# 22 Exhibit Docket Sheet# 23 Exhibit Letter# 24 Exhibit Letter# 25 Exhibit Zartman deposition cites# 26 Exhibit Table of Contents# 27 Exhibit Part 1 of 6 Objections# 28 Exhibit Part 2 of 6# 29 Exhibit Part 3 of 6# 30 Exhibit Part 4 of 6# 31 Exhibit Part 5 of 6# 32 Exhibit Part 6 of 6# 33 Exhibit File Folder# 34 Exhibit Adams Complaint# 35 Exhibit Letter# 36 Exhibit Letter# 37 Exhibit Allen Report# 38 Exhibit Part 1 of 4 National Union Policy# 39 Exhibit Part 2 of 4# 40 Exhibit Part 3 of 4# 41 Exhibit Part 4 of 4# 42 Exhibit Genesis Responses to Interrogatories)(Berglind, Meghan) (Entered: 11/17/2006) |
| 11/17/2006 | 150 | MOTION to Compel *Discovery Responses from Plaintiff* by Defendant Daniel D. Crowley. (Attachments: # 1 Exhibit Requests for Production# 2 Exhibit Requests for Admission# 3 Exhibit Interrogatories# 4 Exhibit Letter# 5 Exhibit Letter# 6 Exhibit Letter# 7 Exhibit Letter# 8 Exhibit Responses to Requests for Production# 9 Exhibit Allen deposition cites# 10 Exhibit Zartman deposition cites# 11 Exhibit Responses to Interrogatories# 12 Exhibit Responses to Requests for Admission# 13 Proposed Order (PDF Only) Re Motion to)(Kahn, Benjamin) (Entered: 11/17/2006) |

| 11/17/2006 | 151 | MOTION for Summary Judgment *Based on the Expiration of the Relevant Policy Period and Discovery Period* by Plaintiff Genesis Insurance Company, Counter Defendant Genesis Insurance Company. (Judge, Thomas) (Entered: 11/17/2006) |
|---|---|---|
| 11/17/2006 | 152 | BRIEF in Support re 151 MOTION for Summary Judgment *Based on the Expiration of the Relevant Policy Period and Discovery Period* filed by Plaintiff Genesis Insurance Company, Counter Defendant Genesis Insurance Company. (Attachments: # 1 Exhibit Declaration of Thomas J. Judge# 2 Exhibit The Policy# 3 Exhibit Coram, Inc. Chapter 11 Petition# 4 Exhibit CHC Chapter 11 Petition# 5 Exhibit Email from M. Eastman# 6 Exhibit Letter from D. Schwab# 7 Exhibit Letter from M. Zartman# 8 Exhibit Letter from C. Reno# 9 Exhibit Securities Action Complaint# 10 Exhibit Securities Action 2d Amended Complaint# 11 Exhibit Motion for Leave to File Adversary Proceeding# 12 Exhibit Trustee Action Complaint# 13 Exhibit Email from B. Feldman# 14 Exhibit Letter from A. Valiulis# 15 Exhibit Letter from J. Cronic# 16 Exhibit Unpublished Opinion# 17 Exhibit Unpublished Opinion# 18 Exhibit Unpublished Opinion# 19 Proposed Order (PDF Only))(Judge, Thomas) (Entered: 11/17/2006) |
| 11/17/2006 | 153 | MOTION for Partial Summary Judgment *Regarding Insurance Coverage of Outside Directors Under the Genesis Policy* by Debtor-in-Possess Arlin M. Adams. (Attachments: # 1 Exhibit 1 pages 1-25# 2 Exhibit 1 pp 26-49# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9# 11 Exhibit 10# 12 Exhibit 11# 13 Exhibit 12# 14 Exhibit 13# 15 Exhibit 14# 16 Exhibit 15# 17 Exhibit 16# 18 Exhibit 17# 19 Exhibit 18# 20 Exhibit 19# 21 Exhibit 20 pp 1-30# 22 Exhibit 20 pp 31-62# 23 Exhibit 21# 24 Exhibit 22# 25 Exhibit 23# 26 Exhibit 24)(Rita, Matthew) (Entered: 11/17/2006) |
| 11/20/2006 | 154 | Unopposed MOTION For Extension of Time to *File 131 MOTION for Partial Summary Judgment as to Coverage for the Settlement in the Underlying Action* by Plaintiff Genesis Insurance Company. (Judge, Thomas) (Modified on 11/20/2006 to add linkage) (dln, ). (Entered: 11/20/2006) |
| 11/20/2006 | 155 | Docket Annotation re: 154 Unopposed MOTION For Extension of Time to File 131 MOTION for Partial Summary Judgment as to Coverage for the Settlement in the Underlying Action by Plaintiff. [Entry modified to add linkage]. Text only entry - no document attached. (dln, ) (Entered: 11/20/2006) |
| 11/22/2006 | 156 | MINUTE ORDER granting to 11/30/06 154 Unopposed MOTION For Extension of Time to File 131 MOTION for Partial Summary Judgment as to Coverage for the Settlement in the Underlying Action by Plaintiff by Judge Walker D. Miller on 11/22/06.(dln, ) (Entered: 11/22/2006) |
| 11/30/2006 | 157 | REPLY to Response to Motion re 131 MOTION for Partial Summary Judgment *as to Coverage for the Settlement in the Underlying Action* filed by Plaintiff Genesis Insurance Company. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Judge, Thomas) (Entered: 11/30/2006) |
| 12/05/2006 | 158 | Unopposed MOTION for Leave to File Excess Pages by Plaintiff Genesis Insurance Company, Counter Defendant Genesis Insurance Company. (Judge, Thomas) (Entered: 12/05/2006) |
| 12/05/2006 | 159 | Unopposed MOTION for Extension of Time to File Response/Reply as to 151 MOTION for Summary Judgment *Based on the Expiration of the Relevant Policy Period and Discovery Period*, 148 MOTION for Partial Summary Judgment and 153 |

| | | MOTION for Partial Summary Judgment Regarding Insurance Coverage of Outside Directors Under the Genesis Policy by Debtor-in-Possess Arlin M. Adams by Plaintiff Genesis Insurance Company, Counter Defendant Genesis Insurance Company. (Judge, Thomas) (Modified on 12/5/2006 to add linkage)(dln, ). (Entered: 12/05/2006) |
|---|---|---|
| 12/05/2006 | 160 | Docket Annotation re: 159 Unopposed MOTION for Extension of Time to File Response/Reply as to 151 MOTION for Summary Judgment Based on the Expiration of the Relevant Policy Period and Discovery Period, 148 MOTION for Partial Summary Judgment and 153 MOTION for Partial Summary Judgment Regarding Insurance Coverage of Outside Directors Under the Genesis Policy by Debtor-in-Possess Arlin M. Adams by Plaintiff. [Entry modified to add linkage]. Text only entry - no document attached. (dln, ) (Entered: 12/05/2006) |
| 12/06/2006 | 161 | MINUTE ORDER granting to 12/18/06 159 Unopposed MOTION for Extension of Time to File Response/Reply as to 151 MOTION for Summary Judgment Based on the Expiration of the Relevant Policy Period and Discovery Period, 148 MOTION for Partial Summary Judgment and 153 MOTION for Partial Summary Judgment Regarding Insurance Coverage of Outside Directors Under the Genesis Policy by Debtor-in-Possess Arlin M. Adams by Plaintiff by Judge Walker D. Miller on 12/6/06. (dln, ) (Entered: 12/06/2006) |
| 12/07/2006 | 162 | MINUTE ORDER: pursuan to 110 Notice of Withdrawal of motion, the 110 Report and Recommendations is now moot. The 97 Motion to Amend/Correct/Modify is withdrawn by Judge Walker D. Miller on 12/7/06.(dln, ) (Entered: 12/07/2006) |
| 12/08/2006 | 163 | MINUTE ORDER granting 158 Unopposed MOTION for Leave to File Excess Pages by Judge Walker D. Miller on 12/8/06.(dln, ) (Entered: 12/08/2006) |
| 12/08/2006 | 164 | Unopposed MOTION for Extension of Time to File Response/Reply as to 150 MOTION to Compel *Discovery Responses from Plaintiff Genesis Insurance Company* by Plaintiff Genesis Insurance Company, Counter Defendant Genesis Insurance Company. (Attachments: # 1 Proposed Order (PDF Only))(De Vos, Leanne) (Entered: 12/08/2006) |
| 12/11/2006 | 165 | MEMORANDUM regarding 164 Unopposed MOTION for Extension of Time to File Response/Reply as to 150 MOTION to Compel *Discovery Responses from Plaintiff Genesis Insurance Company*Unopposed MOTION for Extension of Time to File Response/Reply as to 150 MOTION to Compel *Discovery Responses from Plaintiff Genesis Insurance Company* filed by Genesis Insurance Company. (Text Only Entry - No Document Attached)Motions referred to Magistrate Judge Patricia A. Coan by Judge Walker D. Miller on 12/11/06. (wdmsec, ) (Entered: 12/11/2006) |
| 12/11/2006 | 166 | MINUTE ORDER granting to 12/18/06 164 Unopposed MOTION for Extension of Time to File Response/Reply as to 150 MOTION to Compel Discovery Responses from Plaintiff Genesis Insurance Company by Plaintiff by Magistrate Judge Patricia A. Coan on 12/11/06.(dln, ) (Entered: 12/11/2006) |
| 12/14/2006 | 167 | Unopposed MOTION for Leave to *File Surreply in Opposition to Genesis Insurance Co.'s Motion for Partial Summary Judgment as to Coverage for the Settlement in the Underlying Action* by Debtor-in-Possess Arlin M. Adams. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Rita, Matthew) (Entered: 12/14/2006) |
| 12/15/2006 | 168 | MINUTE ORDER granting 167 Unopposed MOTION for Leave to File Surreply in |

| | | |
|---|---|---|
| | | Opposition to Genesis Insurance Co.'s Motion for Partial Summary Judgment as to Coverage for the Settlement in the Underlying Action by Judge Walker D. Miller on 12/15/06.(dln, ) (Entered: 12/15/2006) |
| 12/18/2006 | 169 | RESPONSE to Motion re 150 MOTION to Compel *Discovery Responses from Plaintiff Genesis Insurance Company* filed by Plaintiff Genesis Insurance Company. (Attachments: # 1 Exhibit Ltr. of June 30, 2006# 2 Exhibit Zartman Deposition)(Judge, Thomas) (Entered: 12/18/2006) |
| 12/18/2006 | 170 | RESPONSE to Motion re 131 MOTION for Partial Summary Judgment *as to Coverage for the Settlement in the Underlying Action* filed by ThirdParty Plaintiff Daniel D. Crowley, Defendant Daniel D. Crowley. (Attachments: # 1 Exhibit 1 Letter from Genesis# 2 Exhibit 2 Insurance Policy)(Berglind, Meghan) (Entered: 12/18/2006) |
| 12/18/2006 | 171 | BRIEF in Opposition re 148 MOTION for Partial Summary Judgment *and 153 MOTION for Partial Summary Judgment Regarding Insurance Coverage of Outside Directors Under the Genesis Policy by Arlin M. Adams* filed by Plaintiff Genesis Insurance Company, Counter Defendant Genesis Insurance Company. (Attachments: # 1 Exhibit Declaration of Thomas J. Judge# 2 Exhibit Crowley Deposition# 3 Exhibit Letter from M. Zartman# 4 Exhibit Letter from J. Cronic# 5 Exhibit Letter from J. Cronic# 6 Exhibit Advancement Agreement# 7 Exhibit Advancement Agreement# 8 Exhibit Advancement Agreement# 9 Exhibit Advancement Agreement# 10 Exhibit Amaral Deposition# 11 Exhibit Smith Deposition# 12 Exhibit Smoley Deposition# 13 Exhibit CHC 2001 Form 10-K# 14 Exhibit Board Resolution# 15 Exhibit Board Resolution# 16 Exhibit Board Resolution# 17 Exhibit Board Resolution# 18 Exhibit Unpublished Opinion# 19 Exhibit Unpublished Opinion# 20 Exhibit Unpublished Opinion# 21 Exhibit Unpublished Opinion# 22 Exhibit Unpublished Opinion# 23 Exhibit Unpublished Opinion# 24 Exhibit Brief Opposing Motion to Dismiss Trustee Action# 25 Exhibit Unpublished Opinion# 26 Exhibit Unpublished Opinion# 27 Exhibit Order Extending Deadlines in Trustee Action)(Judge, Thomas) (Entered: 12/18/2006) |
| 12/26/2006 | 172 | Unopposed MOTION for Extension of Time to File Response/Reply *131 MOTION for Partial Summary Judgment as to Coverage for the Settlement in the Underlying Action; 148 MOTION for Partial Summary Judgment and 150 MOTION to Compel Discovery Responses from Plaintiff* by ThirdParty Plaintiff Daniel D. Crowley, Defendant Daniel D. Crowley. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order)(Berglind, Meghan) (Modified on 12/26/2006 to add linkage) (dln, ). (Entered: 12/26/2006) |
| 12/26/2006 | 173 | Docket Annotation re: 172 Unopposed MOTION for Extension of Time to File Response/Reply 131 MOTION for Partial Summary Judgment as to Coverage for the Settlement in the Underlying Action; 148 MOTION for Partial Summary Judgment and 150 MOTION to Compel Discovery Resp onses from Plaintiff. [Entry modified to add linkage - Text only entry - no document attached]. (dln, ) (Entered: 12/26/2006) |
| 12/27/2006 | 174 | MINUTE ORDER granting to 1/12/07 172 Unopposed MOTION for Extension of Time to File Response/Reply 131 MOTION for Partial Summary Judgment as to Coverage for the Settlement in the Underlying Action; 148 MOTION for Partial Summary Judgment and 150 MOTION to Compel Discovery Responses from Plaintiff by Judge Walker D. Miller on 12/27/06.(dln, ) (Entered: 12/27/2006) |
| 01/05/2007 | 175 | Unopposed MOTION for Leave to *File a Final Reply to 131 MOTION for Partial Summary Judgment as to Coverage for the Settlement in the Underlying Action* by |

| | | |
|---|---|---|
| | | Plaintiff Genesis Insurance Company. (Attachments: # 1 Exhibit Final Reply# 2 Exhibit Propopsed Order)(Judge, Thomas) (Modified on 1/8/2007 to add linkage)(dln, ). (Entered: 01/05/2007) |
| 01/08/2007 | 176 | Docket Annotation re: 175 Unopposed MOTION for Leave to File a Final Reply to 131 MOTION for Partial Summary Judgment as to Coverage for the Settlement in the Underlying Action by Plaintiff. [Entry modified to add linkage]. Text only entry - no document attached. (dln, ) (Entered: 01/08/2007) |
| 01/08/2007 | 177 | MINUTE ORDER granting 175 Unopposed MOTION for Leave to File a Final Reply to 131 MOTION for Partial Summary Judgment as to Coverage for the Settlement in the Underlying Action by Plaintiff by Judge Walker D. Miller on 1/8/07.(dln, ) (Entered: 01/08/2007) |
| 01/08/2007 | 178 | Final REPLY to Response to Motion re 131 MOTION for Partial Summary Judgment as to Coverage for the Settlement in the Underlying Action filed by Plaintiff Genesis Insurance Company. (dln, ) (Entered: 01/08/2007) |
| 01/10/2007 | 179 | Unopposed MOTION for Leave to File Excess Pages *for Summary Judgment Reply* by ThirdParty Plaintiff Daniel D. Crowley, Defendant Daniel D. Crowley. (Attachments: # 1 Proposed Order (PDF Only) Regarding Motion to Exceed Page Limit)(Berglind, Meghan) (Entered: 01/10/2007) |
| 01/10/2007 | 180 | Docket Annotation TERMINATING 179 Unopposed MOTION for Leave to File Excess Pages for Summary Judgment Reply, The wrong PDF was attached during filing. It will be refiled Text only entry - no document attached. (erv, ) (Entered: 01/10/2007) |
| 01/10/2007 | 181 | NOTICE *of Firm Name Change* by ThirdParty Plaintiff Daniel D. Crowley, Defendant Daniel D. Crowley (Berglind, Meghan) (Entered: 01/10/2007) |
| 01/10/2007 | 182 | Unopposed MOTION for Leave to File Excess Pages *for Summary Judgment Reply* by ThirdParty Plaintiff Daniel D. Crowley, Defendant Daniel D. Crowley. (Attachments: # 1 Proposed Order (PDF Only) Regarding Motion to Exceed Page Limit)(Berglind, Meghan) (Entered: 01/10/2007) |
| 01/11/2007 | 183 | MINUTE ORDER granting 182 Unopposed MOTION for Leave to File Excess Pages for Summary Judgment Reply by Judge Walker D. Miller on 1/11/07.(dln, ) (Entered: 01/11/2007) |
| 01/11/2007 | 184 | Unopposed MOTION for Leave to File Excess Pages by Plaintiff Genesis Insurance Company, Counter Defendant Genesis Insurance Company. (Judge, Thomas) (Entered: 01/11/2007) |
| 01/12/2007 | 185 | MINUTE ORDER granting 184 Unopposed MOTION for Leave to File Excess Pages by Plaintiff by Judge Walker D. Miller on 1/12/07.(dln, ) (Entered: 01/12/2007) |
| 01/12/2007 | 186 | REPLY to Response to Motion re 150 MOTION to Compel *Discovery Responses from Plaintiff* filed by ThirdParty Plaintiff Daniel D. Crowley, Defendant Daniel D. Crowley. (Attachments: # 1 Exhibit A 11/28/06 letter)(Kahn, Benjamin) (Entered: 01/12/2007) |
| 01/12/2007 | 187 | REPLY to Response to Motion re 151 MOTION for Summary Judgment *Based on the Expiration of the Relevant Policy Period and Discovery Period* filed by Plaintiff Genesis Insurance Company, Counter Defendant Genesis Insurance Company. |

| | | |
|---|---:|---|
| | | (Attachments: # <u>1</u> Exhibit Declaration of Thomas J. Judge# <u>2</u> Exhibit 1/31/05 Letter# <u>3</u> Exhibit Tolling Agreement)(Judge, Thomas) (Entered: 01/12/2007) |
| 01/12/2007 | <u>188</u> | REPLY to Response to Motion re <u>148</u> MOTION for Partial Summary Judgment *and re* <u>153</u> *Motion for Partial Summary Judgment* filed by ThirdParty Plaintiff Daniel D. Crowley, Defendant Daniel D. Crowley, Debtor-in-Possess Arlin M. Adams. (Berglind, Meghan) (Entered: 01/12/2007) |
| 01/22/2007 | <u>189</u> | Joint MOTION to Vacate *Settlement Conference and Reset Pre-Trial Conference* by Plaintiff Genesis Insurance Company, ThirdParty Plaintiff Daniel D. Crowley, Defendant Daniel D. Crowley, Debtor-in-Possess Arlin M. Adams. (Attachments: # <u>1</u> Proposed Order (PDF Only) re Motion to Vacate and Reset)(Berglind, Meghan) (Modified on 1/23/2007 to remove linkage) (dln, ). (Entered: 01/22/2007) |
| 01/23/2007 | 190 | MEMORANDUM regarding <u>189</u> Joint MOTION to Vacate <u>140</u> Order, <u>69</u> Scheduling Conference, Set Scheduling Order Deadlines,,,, *Settlement Conference and Reset Pre-Trial Conference*Joint MOTION to Vacate <u>140</u> Order, <u>69</u> Scheduling Conference, Set Scheduling Order Deadlines,,,, *Settlement Conference and Reset Pre-Trial Conference* filed by Daniel D. Crowley, Genesis Insurance Company, Arlin M. Adams. (Text Only Entry - No Document Attached)Motions referred to Magistrate Judge Patricia A. Coan by Judge Walker D. Miller on 1/23/07. (wdmsec, ) (Entered: 01/23/2007) |
| 01/23/2007 | 191 | Docket Annotation re: <u>189</u> Joint MOTION to Vacate Settlement Conference and Reset Pre-Trial Conference by Plaintiff. [Entry modified to remove linkage]. Text only entry - no document attached. (dln, ) (Entered: 01/23/2007) |
| 01/23/2007 | <u>192</u> | MINUTE ORDER granting <u>189</u> Joint MOTION to Vacate Settlement Conference and Reset Pre-Trial Conference. Settlement Conference set for 02/21/2007 at 9:00 a.m. is VACATED. Final Pretrial Conference is RESET to 2/21/2007 at 9:00 a.m. Proposed final pretrial order due 02/16/2007 by Magistrate Judge O. Edward Schlatter for Magistrate Judge Patricia A. Coan on 1/23/07.(dln, ) (Entered: 01/23/2007) |
| 01/23/2007 | 193 | Utility Setting/Resetting Deadlines/Hearings: Final Pretrial Conference is RESET to 2/21/2007 at 9:00 a.m. Proposed final pretrial order due 02/16/2007 by Magistrate Judge O. Edward Schlatter for Magistrate Judge Patricia A. Coan. [Text only entry - no document attached]. (dln, ) (Entered: 01/23/2007) |
| 01/24/2007 | <u>194</u> | MINUTE ORDER: Out of state counsel may appear telephonically atthe Final Pretrial Conference set for February 21, 2007 at 9:00 a.m. by Magistrate Judge O. Edward Schlatter for Magistrate Judge Patricia A. Coan on 1/24/07. (dln, ) (Entered: 01/24/2007) |
| 02/01/2007 | <u>195</u> | NOTICE of Change of Address by Paul Albert Dame (Dame, Paul) (Entered: 02/01/2007) |
| 02/01/2007 | <u>196</u> | ORDER: <u>91</u> MOTION to Transfer Case is denied. <u>51</u> MOTION to Change Venue pursuant to 28 USC 1404(a) to USDC for the District of Delaware is denied as moot. Signed by Judge Walker D. Miller on 2/1/07.(dln, ) (Entered: 02/01/2007) |

---

| PACER Service Center |
|---|
| |