**ROSENTHAL, MONHAIT & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

February 23, 2007

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

**VIA HAND DELIVERY**
**AND ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
844 N. King Street
Lock Box 31
Wilmington, DE 19801

    Re:    **Chapter 11 Trustee Arlin M. Adams v. Genesis Insurance Company,**
            **D. Del., Civ. No. 06-364-SLR**

Dear Judge Robinson:

    As your Honor is aware, this firm represents defendant, Genesis Insurance Company, in this matter. We are in receipt of the Court's February 13, 2006 Order setting a telephone conference for March 6, 2007 at 8:15 a.m. (D.I. 17) and requiring the parties to proceed with initial disclosures and to submit a discovery plan.

    Genesis seeks the Court's guidance with regard to the requirements of that Order. Pending with the Court is Genesis's motion to dismiss or stay this action in favor of prior litigation pending in the United States District Court for the District of Colorado (D.I. 4). Genesis has argued that it does not believe that this action should proceed while the federal court in Colorado is exercising jurisdiction over the parties and issues in this case. Accordingly, Genesis respectfully requests that the ordered discovery and, if the Court is so inclined, the March 6, 2007 telephone conference be deferred until after the Court has an opportunity to decide Genesis's motion to dismiss or stay this case.

    We appreciate the Court's consideration of this request for further guidance.

                                              Respectfully submitted,

                                              Carmella P. Keener (DSBA No. 2810)
                                              ckeener@rmgglaw.com
                                              *Attorneys for Defendant,*
                                              *Genesis Insurance Company*

CPK/jls
cc:    Michael Jason Barrie, Esquire (via electronic filing)
        Thomas L. Judge, Esquire (via electronic mail)
        Clerk of the Court (via hand delivery)