# Schnader
ATTORNEYS AT LAW

824 N. MARKET STREET   SUITE 1001
WILMINGTON, DE 19801
302.888.4554   FAX 302.888.1696   schnader.com

August 27, 2007

Richard A. Barkasy
E-mail: rbarkasy@schnader.com

Honorable Sue L. Robinson  
United States District Court  
   for the District of Delaware  
J. Caleb Boggs Federal Building  
844 N. King Street, Room 6124  
Lockbox 31  
Wilmington, DE 19801

**VIA CM/ECF FILING**
**and HAND DELIVERY**

RE: *Adams v. Crowley*, Case No. 1:04-cv-1565 (SLR);
      *Adams v. Genesis*, Case No. 1:06-cv-00364 (SLR)

Dear Judge Robinson:

      We represent Arlin M. Adams, Chapter 11 Trustee of the post-confirmation bankruptcy estates of Coram Healthcare Corporation and Coram, Inc. On Monday, August 27, 2007, the Trustee, defendant Daniel D. Crowley and Genesis Insurance Co. participated in a voluntary mediation of the claims in the above matters with the Honorable Diane M. Welsh (Ret.) The mediation resulted in the parties entering into a settlement in principle of these actions and other related cases pending in the United States District Court for the District of Colorado and in the United States Bankruptcy Court for the District of Delaware. The settlement is subject to Bankruptcy Court approval, which will be sought promptly after the formal settlement agreement is executed.

      In view of the above, the parties jointly request that the trial in the *Adams v. Crowley* action scheduled to commence on September 17, 2007 be continued, and the pre-trial conference scheduled for September 5, 2007 be adjourned, to allow the parties sufficient time to finalize the settlement agreement and seek Bankruptcy Court approval and that consideration of all pending matters in the action, including the motions for summary judgment, be stayed.

      Please contact me if you require any further information in consideration of our request.

Respectfully,

Richard A. Barkasy

Cc: Thomas J. Judge, Esq.     Barry E. Bressler, Esq.  
     Elliot R. Peters, Esq.     Wilbur L. Kipnes, Esq.  
     Jeffrey C. Wisler, Esq.     Michael J. Barrie, Esq.  
     Carmella P. Keener, Esq.

Schnader Harrison Segal & Lewis LLP
NEW YORK   PENNSYLVANIA   CALIFORNIA   WASHINGTON, DC   NEW JERSEY   DELAWARE