# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., a Delaware Corporation, and Coram, Inc., a Delaware Corporation, : : : : : Plaintiff, : : v. : : GENESIS INSURANCE COMPANY, : : Defendant. : | Case No. 1:06-cv-00364-SLR |

## STIPULATION OF DISMISSAL
## OF CIVIL ACTION

Plaintiff Arlin M. Adams, the Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp. and Coram, Inc., and Defendant Genesis Insurance Company, by and through their respective undersigned counsel, hereby dismiss with prejudice the above-captioned civil action pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

| GENESIS INSURANCE COMPANY | ARLIN M. ADAMS, as Chapter 11 Trustee |
|---|---|
| By: /s/ Carmella P. Keener | By: /s/ Michael J. Barrie |
| Carmella P. Keener (#2810)<br>ROSENTHAL, MONHAIT,<br>   & GODDESS, PA<br>919 N. Market Street, Suite 1401<br>Wilmington, DE 19899<br>(302) 656-4433 (telephone)<br>(302) 658-7567 (telecopier) | Richard A. Barkasy (#4683)<br>Michael J. Barrie (#4684)<br>SCHNADER HARRISON SEGAL<br>   & LEWIS LLP<br>824 Market Street Mall, Suite 1001<br>Wilmington, DE 19801<br>(302) 888-4554 (telephone)<br>(302) 888-1696 (telecopier) |
| AND | AND |
| Lewis K. Loss<br>Thomas J. Judge<br>THOMPSON, LOSS & JUDGE, LLP<br>Suite M-200<br>1919 Pennsylvania Avenue, N.W.,<br>Washington, DC 20006-3458<br>(202) 772-5170 (telephone)<br>(202) 772-5180 (telecopier) | Barry E. Bressler<br>Wilbur L. Kipnes<br>SCHNADER HARRISON SEGAL<br>   & LEWIS LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103-7286<br>(215) 751-2000 (telephone)<br>(215) 751-2205 (telecopier) |
| *Counsel to Genesis Insurance Company* | *Counsel to Arlin M. Adams, Chapter 11 Trustee* |

Dated: December 12, 2007

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., a Delaware Corporation, and Coram, Inc., a Delaware Corporation, | : : : : : |
| Plaintiff, | : Case No. 1:06-cv-00364-SLR |
| v. | : : : |
| GENESIS INSURANCE COMPANY, | : : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Michael J. Barrie, hereby certify that I am at least eighteen years of age and that on December 12, 2007, I caused a true and correct copy of the Stipulation of Dismissal of Civil Action, to be served upon the following:

Lewis K. Loss, Esq.  
Thomas J. Judge, Esq.  
THOMPSON, LOSS & JUDGE, LLP  
Suite M-200  
1919 Pennsylvania Avenue, N.W.  
Washington, DC 20006-3458

Carmella P. Keener, Esq.  
ROSENTHAL, MONHAIT,  
 & GODDESS, PA  
919 N. Market Street, Suite 1401  
Wilmington, DE 19899

Dated: December 12, 2007        SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Michael J. Barrie  
Richard A. Barkasy (#4683)  
Michael J. Barrie (#4684)  
824 N. Market Street, Suite 1001  
Wilmington, DE 19801  
Telephone: (302) 888-4554  
Facsimile: (302) 888-1696

PHDATA 3036165_1